**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **NATALIE BEER,** *as mother and guardian of minor A.B. and* **CHRISTOPHER BEER,** *as father and guardian of minor A.B.,* <br><br> Plaintiffs, <br><br> v. <br><br> **USD 512 SHAWNEE MISSION,** <br><br> Defendant. | Case No. 21-cv-2365-DDC-TJJ |
| **USD 512 SHAWNEE MISSION,** <br><br> Plaintiff, <br><br> v. <br><br> **NATALIE BEER,** *as mother and guardian of minor A.B.,* **CHRISTOPHER BEER,** *as father and guardian of minor A.B.,* <br><br> Defendants. | Case No: 21-cv-2604-DDC-TJJ |
| **CHRISTOPHER BEER,** *as father and guardian of minor A.B. and* **NATALIE BEER,** *as mother and guardian of minor A.B.,* <br><br> v. <br><br> **USD 512 SHAWNEE MISSION,** <br><br> Defendant. | Case No. 21-cv-2608-DDC-TJJ |

**USD 512 SHAWNEE MISSION'S MOTION FOR LEAVE TO FILE ADMINISTRATIVE
RECORD UNDER SEAL**

00509947.1                                          1

COMES NOW USD 512 Shawnee Mission (the "District"), by and through its counsel, and, pursuant to Federal Rule of Civil Procedure 5.2 and the Rule 5.4.6 of the Rules of Practice of the United States District Court for the District of Kansas, files this Motion for Leave to File Administrative Record Under Seal. In support of its Motion, the District states the following:

1. These consolidated actions arise pursuant to the Individuals with Disabilities Education Act, 20 U.S.C § 1400 *et seq.* (the "IDEA").[1]

2. The IDEA requires that the administrative record of the underlying proceedings be filed with the Court. *See* 20 U.S.C. § 1415(i)(2).

3. The District has a fundamental obligation under both state and federal law to protect the confidentiality of A.B. and the Court has recognized A.B.'s right to privacy in its prior Orders directing A.B. be referred to by pseudonym.

4. While Rule 5.2(b) may permit the filing of the administrative record without redaction (and presumably as a public document), there is no public interest in opening A.B.'s personal information to the public.

5. The administrative record contains A.B.'s protected health information.

6. Attempting to redact the entire administrative record would be unduly burdensome given the sheer volume of necessary redactions (absent the administrative record being sealed).

7. Even if it were possible to redact the entire administrative record, there is substantial risk that some information would inadvertently not be redacted, and that risk would be alleviated if the administrative record were sealed, thereby securing A.B.'s right to privacy and ensuring that the District does not violate the law.

---

[1] The District seeks leave to file the Administrative Record under seal in only two of the three consolidated actions, 21-cv-2604-DDC-TJJ and 21-cv-2608-DDC-TJJ, which both seek judicial review of the administrative proceedings.

8. A true and correct copy of the administrative record that the District requests to be filed under seal is attached hereto and marked <u>Exhibit A</u>.

9. An index of the administrative record reflecting the total number of pages of the electronic document in the administrative record is attached hereto and marked <u>Exhibit B</u>.

10. Contemporaneously with the filing of this Motion for Leave to File the Administrative Record Under Seal, the District is also filing a Motion to Authorize Conventional Filing Under Seal of four audio recordings that are part of the administrative record. The audio recordings are identified in Exhibit A's Table of Contents for Volume II of the Administrative Record (Documents 158-161) and in Exhibit B (Documents 158-161).

11. In support of this Motion, the District respectfully submits a Memorandum of Law, which is filed herewith and incorporated herein by reference.

WHEREFORE, USD 512 Shawnee Mission respectfully requests that this Court grant its Motion for Leave to file the Administrative Record Under Seal and for such other relief as the Court deems just and proper under the circumstances.

Respectfully submitted,

**MICKES O'TOOLE, LLC**

By: <u>*/s/ Joshua E. Douglass*</u>
Joshua E. Douglass, #28546
jdouglass@mickesotoole.com
Patrick J. Brazill, #78995
pbrazill@mickesotoole.com
117 W. 20th Street, Suite 201
Kansas City, Missouri 64108
Telephone: (816) 874-8000
Facsimile: (314) 878-5607

*Attorneys for Defendant Shawnee Mission School District*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of March, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                */s/ Joshua E. Douglass*