Clipboard Sheet

Today's Goal: _____ Sing with the group _____

| | Follows Directions | On Task | Teacher Initials | Comments |
|---|---|---|---|---|
| ne | ✓ | ✓ | ✓ MM | Great Job! |
| PE | | | | |
| USIC | | | | |
| RT | | | | |
| RARY | | | | |
| CH | | | | |
| RECESS | | | | |
| OTHER | | | | |

Responsible

☺

☺

AR 002093

**Clipboard Sheet**

**Today's Goal:** _Sing with the group_

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|---|---|---|---|---|
| PE | | | | |
| MUSIC | ✓ | ✓ | MM | Great Job! |
| ART | | | | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

**AR 002094**

Write the Room

## Daily Sheet
Todays Date: _3 - 1 -19_

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|---|
| Arrival | Y | – | |
| Sensory Break | | | |
| Morning Work | Y | – | Worked at seat |
| Calendar | Y | – | |
| Activity Break | | | |
| Writing | Y N | – | Worked on Dr. Seuss but didn't follow directions |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | Worked on push pin art |
| Activity Break | | | |
| Literacy Centers | Y | – | Worked on word work |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | – | |
| Sensory Break | | | |
| Math | Y | – | Worked on assessment |
| Recess | Y | – | |
| Activity Break | | | |
| Sci/SS | Y | | |
| Centers | Y | – | |
| Pack Up | Y | – | packed up by himself |

What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.

AR 002095

## Daily Sheet

Todays Date: 3 - 1 - 19

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|------|
| Arrival | Y | – | |
| Sensory Break | | | |
| Morning Work | Y | – | Worked at seat |
| Calendar | Y | – | |
| Activity Break | | | |
| Writing | Y N | – | Worked on Dr. Seuss but didn't follow directions |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | Worked on push pin art |
| Activity Break | | | |
| Literacy Centers | Y | – | Worked on word work |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | – | |
| Sensory Break | | | |
| Math | Y | – | Worked on assessment |
| Recess | Y | – | |
| Activity Break | | | |
| Sci/SS | Y | | |
| Centers | Y | – | |
| Pack Up | Y | – | Packed up by himself |

**What Earns Me a Check?:** Following directions and
completing my work with fewer than 3 prompts.

**Clipboard Sheet**

Today's Goal: _Follow activity directions_

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|---|---|---|---|---|
| PE | | | | |
| MUSIC | | | | |
| ART | 10:20 | 20 | JD | finished clay project |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

AR 002097

**Clipboard Sheet**

**Today's Goal:** _Follow activity directions_

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|------|------|------|------|
| PE | | | | |
| MUSIC | | | | |
| ART | 100 | 80 | JO | Finished clay project |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

**AR 002098**

## Daily Sheet

Todays Date: 3-4-19

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|---|
| Arrival | Y | – | |
| Sensory Break | | | |
| Morning Work | Y | – | worked at teacher table |
| Calendar | Y | – | sat on sit spot |
| Activity Break | | | |
| Writing | Y | – | |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | sat on sit spot |
| Activity Break | | | |
| Literacy Centers | Y | – | worked on word work |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | – | |
| Sensory Break | | | |
| Math | Y | – | sat on sit spot and worked on ws at my table |
| Recess | Y | – | |
| Activity Break | | | |
| Sci/SS | Y | – | Buddies |
| Centers | Y | – | |
| Pack Up | Y | – | packed up by himself |

**What Earns Me a Check?:** Following directions and completing my work with fewer than 3 prompts.

AR 002099

## Daily Sheet

Todays Date: 3 - 4 - 19

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|------|
| Arrival | Y | - | |
| Sensory Break | | | |
| Morning Work | Y | - | worked at teacher table |
| Calendar | Y | - | sat on sit spot |
| Activity Break | | | |
| Writing | Y | - | |
| Recess/Snack | Y | - | |
| Whole Group Reading | Y | - | sat on sit spot |
| Activity Break | | | |
| Literacy Centers | Y | - | worked on word work |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | - | |
| Sensory Break | | | |
| Math | Y | - | sat on sit spot and worked on ws at my table |
| Recess | Y | - | |
| Activity Break | | | |
| Sci/SS | Y | - | Buddies |
| Centers | Y | - | |
| Pack Up | Y | - | packed up by himself |

**What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.**

## Clipboard Sheet

**Today's Goal:** Sit with the group

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|--------------------|---------|--------------------|----------|
| PE | | | | |
| MUSIC | | | | |
| ART | | | | |
| LIBRARY | | | | struggled with body control |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

AR 002101

**Clipboard Sheet**

**Today's Goal:** _Sit with the group_

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|---|---|---|---|---|
| PE | | | | |
| MUSIC | | | | |
| ART | | | | |
| LIBRARY | | | | struggled with body control |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

**AR 002102**

JE-1, page 538

...n S.   Daily Chart   Dates 3-5-19

## Daily Sheet
Todays Date: ___3 - 5 -19___

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | – | |
| | | | Sensory Break |
| Morning Work | Y | – | worked on at my table |
| Calendar | Y | – | |
| | | | Activity Break |
| Writing | Y | – | |
| Recess/Snack | Y | – | indoor → played in building center |
| Whole Group Reading | Y | – | |
| | | | Activity Break |
| Literacy Centers | Y | – | Worked on reading assessment |
| Specials | | | attached |
| | | | Activity Break |
| Lunch | Y | – | |
| | | | Sensory Break |
| Math | N | – | was playing in reading corner when supposed to be working |
| Recess | Y | – | |
| | | | Activity Break |
| Sci/SS | Y | – | |
| Centers | Y | – | |
| Pack Up | Y | – | packed up by himself |

What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.

Total Smiles

8

8

8

AR 002103

JE-1, page 538

## Daily Sheet

**Todays Date:** 3-5-19

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | – | |
| *Sensory Break* | | | |
| Morning Work | Y | – | worked on at my table |
| Calendar | Y | – | |
| *Activity Break* | | | |
| Writing | Y | – | |
| Recess/Snack | Y | – | indoor → played in building center |
| Whole Group Reading | Y | – | |
| *Activity Break* | | | |
| Literacy Centers | Y | – | Worked on reading assessment |
| Specials | | | attached |
| *Activity Break* | | | |
| Lunch | Y | – | |
| *Sensory Break* | | | |
| Math | N | – | was playing in reading corner when supposed to be working |
| Recess | Y | – | |
| *Activity Break* | | | |
| Sci/SS | Y | – | |
| Centers | Y | – | |
| Pack Up | Y | – | packed up by himself |

**What Earns Me a Check?:** Following directions and completing my work with fewer than 3 prompts.

AR 002104

**Clipboard Sheet**

**Today's Goal:** <u>Play the game with the group</u>

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|------|------|------|------|
| PE | 25% | 25% | OAV | Atticus plays with group 25% & 75% on own. |
| MUSIC | | | | |
| ART | | | | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | 100 | 100 | JO | Very well! |

**AR 002105**

**Daily Sheet**
Todays Date: _3-6-19_

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|------|
| Arrival | Y | – | |
| | Sensory Break | | |
| Morning Work | Y | – | Worked on at teacher table |
| Calendar | Y | – | |
| | Activity Break | | |
| Writing | Y | – | |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | |
| | Activity Break | | |
| Literacy Centers | Y | – | worked on Dr. Seuss activity |
| Specials | | | attached |
| | Activity Break | | |
| Lunch | Y | – | |
| | Sensory Break | | |
| ~~Math~~ Spanish | | | attached |
| Recess | Y | – | |
| | Activity Break | | |
| ~~Sci/SS~~ Math | Y/N | – | laying around during instruction but completed ws |
| Centers | Y | – | |
| Pack Up | Y | – | |

What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.

AR 002106

# Daily Sheet

Todays Date: _3-6-19_

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | – | |
| | | Sensory Break | |
| Morning Work | Y | - | Worked on at teacher table. |
| Calendar | Y | - | |
| | | Activity Break | |
| Writing | Y | – | |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | |
| | | Activity Break | |
| Literacy Centers | Y | – | Worked on Dr. Seuss activity |
| Specials | | | attached |
| | | Activity Break | |
| Lunch | Y | – | |
| | | Sensory Break | |
| ~~Math~~ Spanish | | | attached |
| Recess | Y | – | |
| | | Activity Break | |
| ~~Sci/SS~~ Math | Y/N | - | laying around during instruction but completed ws |
| Centers | Y | – | |
| Pack Up | Y | – | |

**What Earns Me a Check?:** Following directions and completing my work with fewer than 3 prompts.

AR 002107

## Clipboard Sheet

**Today's Goal:** _Sit Where directed_

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|------|------|------|------|
| PE | | | | |
| MUSIC | ✓ | ✓ | MM | Great job! |
| ART | | | | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

AR 002108

.oard Sheet

.day's Goal: ___Sit where directed___

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|------|------|------|----------|
| PE | | | | |
| MUSIC | ✓ | ✓ | MM | Great job! |
| ART | | | | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

**AR 002109**

## Daily Sheet
Todays Date: 3-7-19

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | – | |
| | | | Sensory Break |
| Morning Work | Y | – | worked at my table |
| Calendar | Y | – | |
| | | | Activity Break |
| Writing Assembly | Y | – | awesome job sitting and listening |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | |
| | | | Activity Break |
| Literacy Centers | Y | – | worked at seat |
| Specials | | | attached |
| | | | Activity Break |
| Lunch | Y | – | |
| | | | Sensory Break |
| Math | Y | – | sat at seat & then worked on WS at my table |
| Recess | Y | – | |
| | | | Activity Break |
| Sci/SS | Y | – | watched Dr. Seuss video |
| Centers | Y | – | |
| Pack Up | Y | – | |

**What Earns Me a Check?:** Following directions and completing my work with fewer than 3 prompts.

AR 002110

## Daily Sheet
Todays Date: _3-7-19_

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | – | |
| *Sensory Break* | | | |
| Morning Work | Y | – | worked at my table |
| Calendar | Y | – | |
| *Activity Break* | | | |
| Writing Assembly | Y | – | awesome job sitting and listening |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | |
| *Activity Break* | | | |
| Literacy Centers | Y | – | worked at seat |
| Specials | | | attached |
| *Activity Break* | | | |
| Lunch | Y | – | |
| *Sensory Break* | | | |
| Math | Y | – | Sat at seat & then worked on WS at my table |
| Recess | Y | – | |
| *Activity Break* | | | |
| Sci/SS | Y | – | watched Dr. Seuss video |
| Centers | Y | – | |
| Pack Up | Y | – | |

**What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.**

**Clipboard Sheet**

**Today's Goal:** Follow activity directions

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|---|---|---|---|---|
| PE | | | | |
| MUSIC | | | | |
| ART | 12/4/16 | | | Very well |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

AR 002112

**Daily Sheet**

Todays Date: _3-18-19_

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | — | |
| *Sensory Break* | | | |
| Morning Work | Y | — | worked at seat |
| Calendar | Y | — | Sat on sit spot |
| *Activity Break* | | | |
| Writing | Y | — | |
| Recess/Snack | Y | — | |
| Whole Group Reading | Y N | — | was drawing on table with crayons but stopped when asked |
| *Activity Break* | | | |
| Literacy Centers | N | — | worked on word work but didn't follow assignment directions |
| Specials | | | attached |
| *Activity Break* | | | |
| Lunch | Y | - | |
| *Sensory Break* | | | |
| Math | Y | — | Sat at seat |
| Recess | Y | — | walked think lap for throwing mulch but stopped after |
| *Activity Break* | | | |
| Sci/SS | Y | — | worked on math WS with me |
| Centers | Y | — | cleaned table & then played |
| Pack Up | Y | — | |

**What Earns Me a Check?:** Following directions and completing my work with fewer than 3 prompts.

AR 002113

## Daily Sheet
Todays Date: _3-18-19_

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | – | |
| Sensory Break | | | |
| Morning Work | Y | – | worked at seat |
| Calendar | Y | – | sat on sit spot |
| Activity Break | | | |
| Writing | Y | – | |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y/N | – | was drawing on table with crayons but stopped when asked |
| Activity Break | | | |
| Literacy Centers | N | – | worked on word work but didn't follow assignment directions |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | – | |
| Sensory Break | | | |
| Math | Y | – | sat at seat |
| Recess | Y | – | walked think lap for throwing mulch but stopped after |
| Activity Break | | | |
| Sci/SS | Y | – | worked on math ws with me |
| Centers | Y | – | cleaned table + then played |
| Pack Up | Y | – | |

**What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.**

AR 002114

# Clipboard Sheet

**Today's Goal:** Follow activity directions

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|---|---|---|---|---|
| PE | | | | |
| MUSIC | | | | |
| ART | | | | |
| LIBRARY | | | | Ran around library, graphing pillows- needed to sit out for 2 minutes |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

AR 002115

**Clipboard Sheet**

Today's Goal: ___Follow activity directions___

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|------|------|------|------|
| PE | | | | |
| MUSIC | | | | |
| ART | | | | |
| LIBRARY | | | | Ran around library grabbing pillows- needed to sit out for 2 minutes |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

**AR 002116**

**Daily Sheet**
Todays Date: ___3 - 19 - 19___

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | – | |
| *Sensory Break* | | | |
| Morning Work | N | – | was hanging out in reading corner & chose to do morning work during centers |
| Calendar | Y | – | sat on sit spot |
| *Activity Break* | | | |
| Writing | Y | – | |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | chose to sit at seat |
| *Activity Break* | | | |
| Literacy Centers | N | – | working on word work but didn't follow assignment directions |
| Specials | | | attached |
| *Activity Break* | | | |
| Lunch | Y | – | |
| *Sensory Break* | | | |
| Math | N | Y | was crawling around, drawing on shelf, and banging on iPad cart |
| Recess | Y | – | he got upset because someone took his ball |
| *Activity Break* | | | |
| Sci/SS | Y | – | finished math |
| ~~Centers~~ Buddies | Y | – | |
| Pack Up | | | |

*Handwritten notes in right margin:*
during centers
directions
3 strikes → sent to buddy room → came back & worked on WS

**What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.**

## Daily Sheet
Todays Date: 3 - 19 - 19

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|------|
| Arrival | Y | – | |
| Sensory Break | | | |
| Morning Work | N | – | was hanging out in reading corner & chose to do morning work |
| Calendar | Y | – | sat on sit spot |
| Activity Break | | | during centers |
| Writing | Y | – | |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | chose to sit at seat |
| Activity Break | | | |
| Literacy Centers | N | – | working on word work but didn't follow assignment directions |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | – | |
| Sensory Break | | | |
| Math | N | Y | was crawling around, drawing on shelf, and banging on iPad cart |
| Recess | Y | – | he got upset because someone took his ball |
| Activity Break | | | |
| Sci/SS | Y | – | finished math |
| ~~Centers~~ Buddies | Y | – | |
| Pack Up | Y | – | |

*(margin note next to Math/Recess:)* 3 strikes → sent to buddy room → came back & worked on WS

**What Earns Me a Check?:** Following directions and completing my work with fewer than 3 prompts.

AR 002118

## Clipboard Sheet

Today's Goal: Play game with group

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|--------------------|---------| -----------------|----------|
| PE | 50% | 50% | AV | Played w/ group, but usually creates own game. |
| MUSIC | | | | |
| ART | 100% | | | Did well |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

AR 002119

`Sheet

ioal: <u>play game with group</u>

| ıme | Follows Directions | On Task | Teacher Initials | Comments |
|---|---|---|---|---|
| PE | 50% | 50% | DAV | Played w/ group, but usually creates own game. |
| MUSIC | | | | |
| ART | 102 | | | Did well? |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

**AR 002120**

## Daily Sheet
**Todays Date:** 3-20-19

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | — | |
| Sensory Break | | | |
| Morning Work | Y | — | worked at my table to complete |
| Calendar | Y | — | |
| Activity Break | | | |
| Writing | Y | — | |
| Recess/Snack | Y | — | |
| Whole Group Reading | Y | — | Sat at seat |
| Activity Break | | | |
| Literacy Centers | Y | — | worked at teacher table → read story + played word game with group |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | — | |
| Sensory Break | | | |
| ~~Math.~~ Spanish | | | attached |
| Recess | Y | — | |
| Activity Break | | | |
| ~~Sci/SS~~ Math | Y | — | Sat at seat + completed WS by himself |
| Centers | Y | — | |
| Pack Up | Y | — | |

**What Earns Me a Check?:** Following directions and completing my work with fewer than 3 prompts.

AR 002121

## Daily Sheet

Todays Date: 3 - 20 - 19

| Time | Check Earned? Y/N | Buddy Room | |
|------|-------------------|------------|---|
| Arrival | Y | – | |
| Sensory Break | | | |
| Morning Work | Y | – | worked at my table to complete |
| Calendar | Y | – | |
| Activity Break | | | |
| Writing | Y | – | |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | Sat at @seat |
| Activity Break | | | |
| Literacy Centers | Y | – | worked at teacher table → read story & played word game with |
| Specials | | | attached              group ☺ |
| Activity Break | | | |
| Lunch | Y | – | |
| Sensory Break | | | |
| ~~Math~~ Spanish | | | attached |
| Recess | Y | – | |
| Activity Break | | | |
| ~~Sci/SS~~ Math | Y | – | Sat at seat & completed WS by himself |
| Centers | Y | – | |
| Pack Up | Y | – | |

**What Earns Me a Check?:** Following directions and completing my work with fewer than 3 prompts.

AR 002122

JE-1, page 558

## Flipboard Sheet

Today's Goal: _Sit Where directed_

| | R | SS | H | ARY | RT | USIC | PE | ne | |
|---|---|---|---|---|---|---|---|---|---|
| Follows Directions | | | | | | ✓ | | | |
| On Task | | | | | | ✓ ✓ | | | |
| Teacher Initials | | | | | | MM | | | |
| Comments | | | | | | Great | | | |

AR 002123

JE-1, page 558

.lipboard Sheet

**Today's Goal:** _Sit Where directed_

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|------|------|------|---------|
| PE | | | | |
| MUSIC | ✓ | ✓ | MM | Great |
| ART | | | | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

**AR 002124**

## Daily Sheet

Todays Date: _3 - 21 -19_

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|------|
| Arrival | Y | — | |
| *Sensory Break* | | | |
| Morning Work | Y | — | worked at little table |
| Calendar | Y | — | |
| *Activity Break* | | | |
| Writing | Y | — | |
| Recess/Snack | Y | — | |
| Whole Group Reading | Y | — | Sat at seat |
| *Activity Break* | | | |
| Literacy Centers | Y | — | Worked on Epic |
| Specials | | | attached |
| *Activity Break* | | | |
| Lunch | Y | — | |
| *Sensory Break* | | | |
| Math | Y | — | Worked on lady bug math activity |
| Recess | Y | — | |
| *Activity Break* | | | |
| Sci/SS | Y | — | |
| Centers | Y | — | played in art center |
| Pack Up | Y | — | packed up by himself |

**What Earns Me a Check?:** Following directions and completing my work with fewer than 3 prompts.

AR 002125

## Daily Sheet

Todays Date: 3 - 21 - 19

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|------|
| Arrival | Y | – | |
| Sensory Break | | | |
| Morning Work | Y | – | worked at little table |
| Calendar | Y | – | |
| Activity Break | | | |
| Writing | Y | – | |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | Sat at seat |
| Activity Break | | | |
| Literacy Centers | Y | – | Worked on Epic |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | – | |
| Sensory Break | | | |
| Math | Y | – | Worked on lady bug math activity |
| Recess | Y | – | |
| Activity Break | | | |
| Sci/SS | Y | – | |
| Centers | Y | – | played in art center |
| Pack Up | Y | – | packed up by himself |

**What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.**

AR 002126

## Clipboard Sheet
### Today's Goal: Follow activity directions

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|-------------------|---------|------------------|----------|
| PE | | | | |
| MUSIC | | | | |
| ART | | | | Awesome |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

AR 002127

**Clipboard Sheet**

**Today's Goal:** _Follow activity directions_

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|--------------------|---------|------------------|----------|
| PE | | | | |
| MUSIC | | | | |
| ART | 10↺ | | | Awesome |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

**AR 002128**

Clipboard Sheet
Today's Goal:

**Daily Sheet**
Todays Date: 3-22-19

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|------|
| Arrival | Y | – | |
| Morning Work | Y | – | Worked at seat |
| Calendar | Y | – | |
| | | Sensory Break | |
| Writing | Y | – | |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | sat at seat |
| | | Activity Break | |
| Literacy Centers | N | – | Worked on word work but didn't follow WS directions |
| Specials | | | attached |
| | | Activity Break | |
| Lunch | Y | – | |
| | | Sensory Break | |
| Math | Y/N | – | sat at seat for instruction but didn't follow along on WS |
| Recess | Y | – | |
| | | Activity Break | |
| Sci/SS | Y | – | followed along with push pull activity |
| Centers | Y | – | |
| Pack Up | Y | – | packed up by himself |

**What Earns Me a Check?:** Following directions and completing my work with fewer than 3 prompts.

AR 002129

## Daily Sheet

Todays Date: 3-22-19

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|------|
| Arrival | Y | - | |
| Sensory Break | | | |
| Morning Work | Y | - | Worked at seat |
| Calendar | Y | - | |
| Activity Break | | | |
| Writing | Y | - | |
| Recess/Snack | Y | - | |
| Whole Group Reading | Y | - | sat at seat |
| Activity Break | | | |
| Literacy Centers | N | - | Worked on word work but didn't follow WS directions |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | - | |
| Sensory Break | | | |
| Math | Y/N | - | sat at seat for instruction but didn't follow along on WS |
| Recess | Y | - | |
| Activity Break | | | |
| Sci/SS | Y | - | followed along with push/pull activity |
| Centers | Y | - | |
| Pack Up | Y | - | packed up by himself |

**What Earns Me a Check?:** Following directions and completing my work with fewer than 3 prompts.

AR 002130

**Clipboard Sheet**

**Today's Goal:** _Follow activity directions_

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|---|---|---|---|---|
| PE | | | | |
| MUSIC | | | | |
| ART | | | | struggled at end |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

| | | |
|---|---|---|
| Literacy Centers | Y | – |
| | | read book + played game with small group ...ttached |

AR 002131

## Daily Sheet
**Todays Date:** 3 - 25 - 19

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | — | |
| *Sensory Break* | | | |
| Morning Work | Y | — | Worked at seat |
| Calendar | Y | - | Chose to sit at seat |
| *Activity Break* | | | |
| Writing | Y | — | |
| Recess/Snack | Y | — | |
| Whole Group Reading | Y | — | Chose seat |
| *Activity Break* | | | |
| Literacy Centers | Y | — | read book + played game with small group |
| Specials | | | attached |
| *Activity Break* | | | |
| Lunch | Y | — | |
| *Sensory Break* | | | |
| Math | Y | — | followed along with instructions |
| Recess | Y | - | |
| *Activity Break* | | | |
| Sci/SS | Y | — | Worked on push/pull WS |
| Centers | Y | — | |
| Pack Up | Y | — | packed up by himself |

**What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.**

AR 002132



## Clipboard Sheet

**Today's Goal:** _Complete activities_

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|---|---|---|---|
| PE | | | | |
| MUSIC | | | | |
| ART | ago — | | | Arthurs does well in Special Art (SP) |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

### Daily Sheet
Todays Date: 3 - 26 -19

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | — | |
| Morning Work | Y | — | Sensory Break — worked at table |
| Calendar | | | |
| Writing | | | Activity Break — Did really well, asked |
| Recess/Snack | | | good questions, and |
| Whole Group Reading | | | held/touched some animals → got tired towards end and sat |
| Literacy Centers | | | Activity Break — on bench for a little |
| Specials | | | |
| Lunch | Y | — | Activity Break |
| ~~Math~~ Spanish | | | Sensory Break — attached |
| Recess | Y | — | |
| Sci/SS ~~Math~~ | Y | — | Activity Break — followed along with group |
| Centers | Y | — | |
| Pack Up | Y | — | |

**What Earns Me a Check?:** Following directions and completing my work with fewer than 3 prompts.

*Field Trip*

AR 002134

Clipboard Sheet

Today's Goal: _____ Sit where directed _____

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|--------------------|---------|-----------------|----------|
| PE | | | | |
| MUSIC | `:` | `:` | /// | Sat in correct spot. Song 25% |
| ART | | | | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

AR 002135

**Clipboard Sheet**

**Today's Goal:** _Sit where directed_

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|---|---|---|---|---|
| PE | | | | |
| MUSIC | ☺ | ☹ | MM | Sat in correct spot. Song 25% |
| ART | | | | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

**AR 002136**

**Daily Sheet**
Todays Date: 3-27-19

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | – | |
| | | | Sensory Break |
| Morning Work | Y | – | worked on at seat |
| Calendar | Y | – | |
| | | | Activity Break |
| Writing | Y | | |
| Recess/Snack | Y | | |
| Whole Group Reading | Y | – | chose seat |
| | | | Activity Break |
| Literacy Centers | N Y | – | worked on word work but didn't follow directions |
| Specials | | | attached |
| | | | Activity Break |
| Lunch | Y | – | |
| | | | Sensory Break |
| Math | Y/N | – | Sat at seat but didn't follow along on WS |
| Recess | Y | – | |
| | | | Activity Break |
| Sci/SS | Y | – | Worked with small group |
| Centers | Y | – | worked on math |
| Pack Up | Y | – | |

**What Earns Me a Check?:** Following directions and completing my work with fewer than 3 prompts.

AR 002137

## Daily Sheet

Todays Date: 3 - 27 - 19

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | — | |
| Sensory Break | | | |
| Morning Work | Y | — | worked on at seat |
| Calendar | Y | — | |
| Activity Break | | | |
| Writing | Y | — | |
| Recess/Snack | Y | — | |
| Whole Group Reading | Y | — | chose seat |
| Activity Break | | | |
| Literacy Centers | N | — | worked on word work but didn't follow directions |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | — | |
| Sensory Break | | | |
| Math | Y/N | — | sat at seat but didn't follow along on WS |
| Recess | Y | — | |
| Activity Break | | | |
| Sci/SS | Y | — | worked with small group |
| Centers | Y | — | worked on math |
| Pack Up | Y | — | |

**What Earns Me a Check?:** Following directions and completing my work with fewer than 3 prompts.

AR 002138

**Clipboard Sheet**

**Today's Goal:** Sing with the group

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|------|------|------|----------|
| PE | | | | |
| MUSIC | ✓ | ✓ | MM | Good job. |
| ART | | | | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

**AR 002139**



**Clipboard Sheet**
**Today's Goal:** _Follow activity directions_

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|--------|---------|------------------|----------|
| PE | | | | |
| MUSIC | | | | |
| ART | 100 | | | Did all big work (Desk?) |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

Literacy Centers

attached

AR 002140

## Daily Sheet
Todays Date: 3 - 28 - 19

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | – | |
| *Sensory Break* | | | |
| Morning Work | Y | – | worked at seat |
| Calendar | Y | – | |
| *Activity Break* | | | |
| Writing | Y | – | worked on 6th grade buddy testing card |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | Chose seat |
| *Activity Break* | | | |
| Literacy Centers | Y | – | worked on Khan Academy |
| Specials | | | attached |
| *Activity Break* | | | |
| Lunch | Y | – | |
| *Sensory Break* | | | |
| Math | Y | – | sat at seat + completed work with group |
| Recess | Y | – | indoor → legos |
| *Activity Break* | | | |
| Sci/SS | Y | – | 6th grade buddies |
| Centers | Y | – | |
| Pack Up | Y | – | |

What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.

AR 002141

## Clipboard Sheet

Today's Goal: Stop activity when asked & help clean up

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|---------------------|---------|------------------|----------|
| PE | | | | |
| MUSIC | | | | |
| ART | | | | |
| LIBRARY | ☺ | ☺ | ☺ | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

AR 002142

# Daily Sheet
Todays Date: 4-1-19

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | – | |
| | | | *Sensory Break* |
| Morning Work | Y | – | worked at seat |
| Calendar | Y | — | |
| | | | *Activity Break* |
| Writing | Y | – | |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | chose seat |
| | | | *Activity Break* |
| Literacy Centers | N | – | |
| Specials | | | attached |
| | | | *Activity Break* |
| Lunch | Y | — | |
| | | | *Sensory Break* |
| Math | Y | – | sat at seat & started work |
| Recess | Y | – | |
| | | | *Activity Break* |
| Sci/SS | Y | – | planted grass & did observation journal |
| Centers | Y | – | finished math with me |
| Pack Up | Y | – | packed up on own |

**What Earns Me a Check?:** Following directions and completing my work with fewer than 3 prompts.

AR 002143

**Clipboard Sheet**

**Today's Goal:** ___

4/2/2019   Atticus

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|-------------------|---------|-----------------|----------|
| PE | 75% | 75% | RM | Atticus had a good day |
| MUSIC | | | | |
| ART | | | | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | 100 | 90 | SB | Did well in Spanish. |

AR 002144

**Daily Sheet**
Todays Date: 4-2-19

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | — | |
| Sensory Break | | | |
| Specials Morning Work | N | | attached |
| Calendar | Y | — | |
| Activity Break | | | |
| Morning Writing Work | N | — | drew on back |
| Recess/Snack | Y | | |
| Whole Group Reading | Y | — | chose seat |
| Activity Break | | | |
| Literacy Centers | N | — | drew at art table started word work |
| Specials | | | |
| Activity Break | | | |
| Lunch | Y | — | |
| Sensory Break | | | |
| Math Spanish | | | attached |
| Recess | | | |
| Activity Break | | | |
| Sci/SS Math | Y | — | sat at seat |
| Centers | Y | — | |
| Pack Up | Y | - | packed up by himself |

**What Earns Me a Check?** Following directions and completing my work with fewer than 3 prompts.

AR 002145

# Clipboard Sheet

Today's Goal: _Sing with the group_

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|---|---|---|---|---|
| PE | | | | |
| MUSIC | ✓ | ✓ | MR | |
| ART | | | | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

AR 002146

**Daily Sheet**
Todays Date: 4 - 9 - 19

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | – | |
| Sensory Break | | | |
| Morning Work | Y | – | Worked at table |
| Calendar | Y | – | |
| Activity Break | | | |
| Writing | Y | – | painted flower for activity |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | chose seat |
| Activity Break | | | |
| Literacy Centers | N | – | Worked on word work but didn't follow directions |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | – | |
| Sensory Break | | | |
| Math | Y | – | sat at seat & followed along with group for WS |
| Recess | Y | – | |
| Activity Break | | | |
| Sci/SS | Y | – | worked on parts of flower activity |
| Centers | Y | – | |
| Pack Up | Y | – | |

**What Earns Me a Check?:** Following directions and completing my work with fewer than 3 prompts.

AR 002147

**Clipboard Sheet**

**Today's Goal:** Help clean up

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|------|------|------|----------|
| PE | | | | |
| MUSIC | | | | |
| ART | | | | |
| LIBRARY | :) | :) | :) | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

**AR 002148**

# Clipboard Sheet

**Today's Goal:** Play game with group

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|---|---|---|---|---|
| PE | 75 | 75 | OAV | Yes, Atticus Play game w/ group in his own way! |
| MUSIC | | | | |
| ART | | | | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

Did well in Spanish

AR 002149



**Clipboard Sheet**

**Today's Goal:** Play game with group

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|------|------|------|----------|
| PE | 75% | 75% | QW | Yes, Atticus play game w/ group in his own way. |
| MUSIC | | | | |
| ART | | | | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

AR 002150

Did well in Spanish

**Daily Sheet**
Todays Date: 4-12-19

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|------|
| Arrival | Y | — | |
| Sensory Break | | | |
| Morning Work | Y | — | worked at my table |
| Calendar | Y | — | Chose seat |
| Activity Break | | | |
| Writing | Y | — | |
| Recess/Snack | Y | — | |
| Whole Group Reading | Y | — | |
| Activity Break | | | |
| Literacy Centers | Y | — | completed long a WS with my help |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | — | |
| Sensory Break | | | |
| ~~Math~~ Spanish | | | attached |
| Recess | Y | — | had to walk think lap for hitting so students bottom |
| Activity Break | | | |
| ~~Sci/SS~~ Math | Y | — | worked on at my table |
| Centers | Y | — | |
| Pack Up | Y | — | packed up by himself |

**What Earns Me a Check?:** Following directions and completing my work with fewer than 3 prompts.

AR 002151

## Daily Sheet

Todays Date: 4-12-19

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|------|
| Arrival | Y | — | |
| Sensory Break | | | |
| Morning Work | Y | — | worked at my table |
| Calendar | Y | — | Chose seat |
| Activity Break | | | |
| Writing | Y | — | |
| Recess/Snack | Y | — | |
| Whole Group Reading | Y | — | |
| Activity Break | | | |
| Literacy Centers | Y | — | completed long a WS with my help |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | — | |
| Sensory Break | | | |
| ~~Math~~ Spanish | | | attached |
| Recess | Y | — | had to walk think lap for hitting a student's bottom |
| Activity Break | | | |
| ~~Sci/SS~~ Math | Y | — | Worked on at my table |
| Centers | Y | — | |
| Pack Up | Y | — | packed up by himself |

**What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.**

AR 002152

## Daily Sheet

Todays Date: 4-15-19

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | − | |
| Sensory Break | | | |
| Morning Work | Y | − | Worked at my table |
| Calendar | Y | − | |
| Activity Break | | | |
| Writing | Y | − | |
| Recess/Snack | Y | − | |
| Whole Group Reading | Y | − | Sat at seat |
| Activity Break | | | |
| Literacy Centers | Y | − | "read to self" → looked at books |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | − | |
| Sensory Break | | | |
| Math | Y | − | followed along perfectly with me as I did WS |
| Recess | Y | − | |
| Activity Break | | | |
| Sci/SS | Y | − | filled out grass book |
| Centers | Y | − | played with legos |
| Pack Up | Y | − | |

**What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.**

AR 002153

# Clipboard Sheet

Today's Goal: _Follow assignment directions_

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|---|---|---|---|---|
| PE | | | | |
| MUSIC | | | | |
| ART | w | — | | Good Job |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

AR 002154

**Clipboard Sheet**

**Today's Goal:** Follow assignment directions

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|------|------|------|------|
| PE | | | | |
| MUSIC | | | | |
| ART | W | — | | Good job |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

**AR 002155**

**Daily Sheet**
Todays Date: __4 - 16 - 19__

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|------|
| Arrival | Y | - | |
| Sensory Break | | | |
| Morning Work | Y | - | worked on at his seat |
| Calendar | Y | - | |
| Activity Break | | | |
| Writing | Y | - | |
| Recess/Snack | N | - | he was upset when Noah threw a stick at him → he later threw a stick at Noah |
| Whole Group Reading | Y | - | sat at seat |
| Activity Break | | | |
| Literacy Centers | Y | - | read story with small group |
| Specials | | | attahed |
| Activity Break | | | |
| Lunch | Y | - | |
| Sensory Break | | | |
| Math | Y | - | followed along with group |
| Recess | Y | - | |
| Activity Break | | | |
| ~~Sci/SS~~ Buddies | Y | - | |
| Centers | Y | - | |
| Pack Up | Y | - | packed up by himself |

**What Earns Me a Check?:** Following directions and
completing my work with fewer than 3 prompts.

AR 002156

## Daily Sheet

Todays Date: 4 - 16 - 19

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|------|
| Arrival | Y | – | |
| Sensory Break | | | |
| Morning Work | Y | – | worked on at his seat |
| Calendar | Y | – | |
| Activity Break | | | |
| Writing | Y | – | |
| Recess/Snack | N | – | he was upset when Noah threw a stick at him → he later threw a stick at Noah |
| Whole Group Reading | Y | – | sat at seat |
| Activity Break | | | |
| Literacy Centers | Y | – | read story with small group |
| Specials | | | attahed |
| Activity Break | | | |
| Lunch | Y | – | |
| Sensory Break | | | |
| Math | Y | – | followed along with group |
| Recess | Y | – | |
| Activity Break | | | |
| Sci/SS Buddies | Y | – | |
| Centers | Y | – | |
| Pack Up | Y | – | packed up by himself |

**What Earns Me a Check?:** Following directions and completing my work with fewer than 3 prompts.

AR 002157

**Clipboard Sheet**

Today's Goal: _Sing with the class_

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|---|---|---|---|---|
| PE | | | | |
| MUSIC | ✓ | ✓ | MM | Song 50% |
| ART | | | | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

**AR 002158**

## Daily Sheet

Todays Date: 4-17-19

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|------|
| Arrival | Y | – | |
| | Sensory Break | | |
| Morning Work | Y | – | worked at seat |
| Calendar | Y | – | |
| | Activity Break | | |
| Writing | Y | – | |
| Recess/Snack | Y | – | we had to talk about safety with sticks but *put them down after talk* |
| Whole Group Reading | Y | – | chose seat |
| | Activity Break | | |
| Literacy Centers | Y | – | listened to reading |
| Specials | | | attached |
| | Activity Break | | |
| Lunch | Y | – | |
| | Sensory Break | | |
| Math | Y | – | sat at seat & followed along with WS |
| Recess | Y | – | |
| | Activity Break | | |
| Sci/SS | Y | – | watch animal video |
| Centers | Y | – | |
| Pack Up | Y | – | |

**What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.**

AR 002159

**Clipboard Sheet**

**Today's Goal:**  Play with the group

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|-------------------|---------|------------------|----------|
| PE | | | | |
| MUSIC | | | | |
| ART | | | | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

**AR 002160**

## Daily Sheet

Todays Date: 4 - 18 - 19

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|------|
| Arrival | Y | – | |
| Sensory Break | | | |
| Morning Work | Y | – | worked at seat |
| Calendar | Y | – | |
| Activity Break | | | |
| Writing | Y | – | |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | chose seat |
| Activity Break | | | |
| Literacy Centers | Y | – | worked on listen & learn |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | – | |
| Sensory Break | | | |
| ~~Math~~ Fun Run | Y | – | he did awesome running his laps |
| Recess | Y | – | |
| Activity Break | | | |
| Sci/SS | Y | – | |
| Centers | | | |
| Pack Up | Y | – | packed by himself |

**What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.**

AR 002161



...ard Sheet

...'s Goal: _____ Sit where directed _____

| | | | | | | Follows Directions | On Task | Teacher Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|
| OTHER | RE... | S | 4 | Y | | ⌒ | ⌒ | M | |
| | | | | | | | | | |
| | | | | | | | | | |

AR 002162

**Clipboard Sheet**

**Today's Goal:** _Sit where directed_

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|------|------|------|------|
| PE | | | | |
| MUSIC | ✓ | ✓ | MM | |
| ART | | | | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

**AR 002163**

**Daily Sheet**
Todays Date: _____4 - 22 -19_____

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|------|
| Arrival | Y | – | |
| Sensory Break | | | |
| Morning Work | Y | – | Worked at seat |
| Calendar | Y | – | |
| Activity Break | | | |
| Writing | Y | – | Wrote about favorite character in story |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | chose seat |
| Activity Break | | | |
| Literacy Centers | N | – | did word work but just colored it |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | – | |
| Sensory Break | | | |
| Math | Y | – | chose seat + followed along with WS |
| Recess | Y | – | |
| Activity Break | | | |
| Sci/SS | Y | – | |
| Centers | Y | – | played with legos |
| Pack Up | Y | – | packed by himself |

**What Earns Me a Check?:** Following directions and completing my work with fewer than 3 prompts.

AR 002164

# Daily Sheet

**Todays Date:** 4-22-19

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | – | |
| Sensory Break | | | |
| Morning Work | Y | – | Worked at seat |
| Calendar | Y | – | |
| Activity Break | | | |
| Writing | Y | – | Wrote about favorite character in story |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | chose seat |
| Activity Break | | | |
| Literacy Centers | N | – | did word work but just colored it |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | – | |
| Sensory Break | | | |
| Math | Y | – | chose seat + followed along with WS |
| Recess | Y | – | |
| Activity Break | | | |
| Sci/SS | Y | – | |
| Centers | Y | – | played with legos |
| Pack Up | Y | – | Packed by himself |

**What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.**

AR 002165

## Clipboard Sheet

**Today's Goal:** _Help clean up_

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|------|------|------|------|
| PE | | | | |
| MUSIC | | | | |
| ART | 100 | | | Did well |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

**AR 002166**

## Daily Sheet

Todays Date: 4 – 23 – 19

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | – | |
| Sensory Break | | | |
| Morning Work | Y | – | completed at seat |
| Calendar | Y | – | |
| Activity Break | | | |
| Writing | Y | – | |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | chose seat |
| Activity Break | | | |
| Literacy Centers | Y | – | read story with small group |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | – | |
| Sensory Break | | | |
| Math | Y | – | sat at seat & followed along on with class |
| Recess | Y | – | |
| Activity Break | | | |
| Sci/SS Buddies | Y | – | |
| Centers | Y | – | |
| Pack Up | Y | – | packed up by himself |

**What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.**

AR 002167

JE-1, page 603

**Clipboard Sheet**

**Today's Goal:** Help clean up

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|---|---|---|---|---|
| PE | | | | |
| MUSIC | | | | |
| ART | ☺ | ☺ | ☺ | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

AR 002168

JE-1, page 603

**Daily Sheet**
Todays Date: 4 - 24 - 19

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | – | |
| Morning Work | Y | – | *Sensory Break* Worked with new morning bins |
| Calendar | Y | – | |
| Writing | Y | – | *Activity Break* Worked on favorite animal ven diagram |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | chose seat |
| Literacy Centers | Y | – | *Activity Break* looked at books |
| Specials | | | attached |
| Lunch | Y | – | *Activity Break* ✓ |
| Math | Y | – | *Sensory Break* followed along with ws |
| Recess | Y | – | |
| Sci/SS | Y | – | *Activity Break* worked on habitat book |
| Centers | Y | – | |
| Pack Up | Y | – | |

**What Earns Me a Check?:** Following directions and completing my work with fewer than 3 prompts.

AR 002169

Help

Teacher Initials

## Daily Sheet
Todays Date: 4 – 24 – 19

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | – | |
| Sensory Break | | | |
| Morning Work | Y | – | worked with new morning bins |
| Calendar | Y | – | |
| Activity Break | | | |
| Writing | Y | – | worked on favorite animal ven diagram |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | chose seat |
| Activity Break | | | |
| Literacy Centers | Y | – | looked at books |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | – | |
| Sensory Break | | | |
| Math | Y | – | followed along with WS |
| Recess | Y | – | |
| Activity Break | | | |
| Sci/SS | Y | – | worked on habitat book |
| Centers | Y | – | |
| Pack Up | Y | – | |

## What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.

AR 002170

**Daily Sheet**
Todays Date: 4-25-19

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|------|
| Arrival | Y | — | |
| *Sensory Break* | | | |
| Morning Work | | | |
| Calendar | Y | — | |
| *Activity Break* | | | |
| Writing | Y | 1 | |
| Recess/Snack | | | he did awesome |
| Whole Group Reading | | | sitting and listening |
| *Activity Break* | | | |
| Literacy Centers | | | no problems at all (: |
| Specials | | | |
| *Activity Break* | | | |
| Lunch | Y | — | |
| *Sensory Break* | | | |
| Math Maker's Space | Y | — | |
| Recess | Y | — | he accidently got hit in the head with the ball |
| *Activity Break* | | | |
| Sci/SS Math | Y | — | worked with me to complete |
| Centers | Y | | |
| Pack Up | Y | | |

Field Trip)

What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.

AR 002171

## Daily Sheet

**Todays Date:** 4-25-19

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|------|
| Arrival | Y | – | |
| Sensory Break | | | |
| Morning Work | | | |
| Calendar | Y | – | |
| Activity Break | | | |
| Writing | Y | I | |
| Recess/Snack | | | he did awesome sitting and listening |
| ~~Whole~~ Group ~~Reading~~ | | | |
| Activity Break | | | |
| Literacy Centers | | | no problems at all (: |
| Specials | | | |
| Activity Break | | | |
| Lunch | Y | – | |
| Sensory Break | | | |
| ~~Math~~ Maker's Space | Y | – | |
| Recess | Y | – | he accidently got hit in the head with the ball |
| Activity Break | | | |
| ~~Sci/SS~~ Math | Y | – | worked with me to complete |
| Centers | Y | | |
| Pack Up | Y | | |

*Field Trip*

## What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.

AR 002172

**Clipboard Sheet**

Today's Goal: _Sing with the group_

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|--------------------|---------|-----------------|----------|
| PE | | | | |
| MUSIC | ☺ | ☺ | MM | Great! |
| ART | | | | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

AR 002173

**Clipboard Sheet**

**Today's Goal:** ___Sing with the group___

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|------|------|------|------|
| PE | | | | |
| MUSIC | ☺ | ☺ | MM | Great ! |
| ART | | | | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

**AR 002174**

## Daily Sheet

Todays Date: 4-26-19

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | – | |
| Sensory Break | | | |
| Morning Work | Y | – | worked at seat |
| Calendar | Y | – | |
| Activity Break | | | |
| Writing | Y | – | |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | chose seat |
| Activity Break | | | |
| Literacy Centers | Y | – | worked on module quiz |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | – | used color cash to eat in the room with Noah → so fun to visit with him ☺ |
| Sensory Break | | | |
| Math | Y | – | chose seat & did ws on own |
| Recess | Y | – | |
| Activity Break | | | |
| Sci/SS | Y | – | |
| Centers | Y | – | |
| Pack Up | Y | – | Packed bu up by himself |

**What Earns Me a Check?:** Following directions and completing my work with fewer than 3 prompts.

AR 002175

## Daily Sheet

Todays Date: 4-26-19

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | — | |
| Sensory Break | | | |
| Morning Work | Y | — | Worked at seat |
| Calendar | Y | — | |
| Activity Break | | | |
| Writing | Y | — | |
| Recess/Snack | Y | — | |
| Whole Group Reading | Y | — | chose seat |
| Activity Break | | | |
| Literacy Centers | Y | — | Worked on module quiz |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | - | used color cash to eat in the room with Noah → so fun to visit with him ☺ |
| Sensory Break | | | |
| Math | Y | — | chose seat & did WS on own |
| Recess | Y | — | |
| Activity Break | | | |
| Sci/SS | Y | — | |
| Centers | Y | — | |
| Pack Up | Y | — | Packed up by himself |

**What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.**

**Clipboard Sheet**

**Today's Goal:** Help clean up

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|------|------|------|----------|
| **PE** | | | | |
| **MUSIC** | | | | |
| **ART** | ☺ | ☺ | ☺ | |
| **LIBRARY** | | | | |
| **LUNCH** | | | | |
| **RECESS** | | | | |
| **OTHER** | | | | |

**AR 002177**

## Daily Sheet
Todays Date: 4-29-19

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | – | |
| Sensory Break | | | |
| Morning Work | Y | – | Worked at seat |
| Calendar | Y | – | |
| Activity Break | | | |
| Writing | Y | – | |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | chose seat |
| Activity Break | | | |
| Literacy Centers | N | – | did word work but didn't follow WS directions |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | – | |
| Sensory Break | | | |
| Math | N | – | sat at seat but coloring + ripping art paper as we did WS as group |
| Recess | Y | – | |
| Activity Break | | | |
| Sci/SS | Y | – | worked with me to work on habitat book |
| Centers | Y | – | |
| Pack Up | Y | – | |

**What Earns Me a Check?:** Following directions and completing my work with fewer than 3 prompts.

AR 002178

## Clipboard Sheet

Today's Goal: _Help clean up_____

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|---|---|---|---|---|
| PE | | | | |
| MUSIC | | | | |
| ART | | | | |
| LIBRARY | ☺ | ☺ | ☺ | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

...pboard Sheet

**Today's Goal:** ___Help clean up___

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|-----|-----|-----|----------|
| PE | | | | |
| MUSIC | | | | |
| ART | | | | |
| LIBRARY | ꙮ | ꙮ | ☺ | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

**AR 002180**

**Daily Sheet**
Todays Date: 4-30-19

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|------|
| Arrival | Y | – | |
| | | | Sensory Break |
| Morning Work | Y | – | started work at seat |
| Calendar | Y | – | |
| | | | Activity Break |
| Writing | Y | – | |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | chose seat |
| | | | Activity Break |
| Literacy Centers | Y | – | worked on write the room: |
| Specials | | | attached |
| | | | Activity Break |
| Lunch | Y | – | |
| | | | Sensory Break |
| Math | Y/N | – | got upset when I was helping other students → demanded for help → |
| Recess | N | – | ran around gym during indoor game w/ class  eventually completed on his own |
| | | | Activity Break |
| ~~Buddies~~ | Y | – | |
| Centers | Y | – | |
| Pack Up | Y | – | |

What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.

AR 002181

## Daily Sheet

Todays Date: __4-30-19__

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|------|
| Arrival | Y | - | |
| | | Sensory Break | |
| Morning Work | Y | - | Started work at seat |
| Calendar | Y | - | |
| | | Activity Break | |
| Writing | Y | - | |
| Recess/Snack | Y | - | |
| Whole Group Reading | Y | - | chose seat |
| | | Activity Break | |
| Literacy Centers | Y | - | worked on write the room! |
| Specials | | | attached |
| | | Activity Break | |
| Lunch | Y | - | |
| | | Sensory Break | |
| Math | Y/N | - | got upset when I was helping other students → demanded for help → eventually completed on his own |
| Recess | N | - | ran around gym during indoor game w/ class |
| | | Activity Break | |
| Sci/SS ~~Buddies~~ | Y | - | |
| Centers | Y | - | |
| Pack Up | Y | - | |

**What Earns Me a Check?:** Following directions and completing my work with fewer than 3 prompts.

**Clipboard Sheet**

**Today's Goal:** _Follow activity directions_

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|---|---|---|---|---|
| PE | | | | |
| MUSIC | | | | |
| ART | | | | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

**AR 002183**

## Daily Sheet

Todays Date: 5-1-19

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|------|
| Arrival | Y | – | |
| Sensory Break | | | |
| Morning Work | Y | – | completed at his seat |
| Calendar | Y | – | |
| Activity Break | | | |
| Writing | Y | – | |
| Recess/Snack | Y | – | |
| ~~Whole~~ Group ~~Reading~~ | | | Field trip - struggled staying where he was asked and |
| Activity Break | | | |
| Literacy Centers | | | keeping hands to himself |
| Specials | | | |
| Activity Break | | | |
| Lunch | | | |
| Sensory Break | | | |
| ~~Math~~ Spanish | | | attached |
| Recess | Y | – | |
| Activity Break | | | |
| ~~Sci/SS~~ Math | Y | – | Worked on end of module assessment |
| Centers | Y | – | |
| Pack Up | Y | – | |

**What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.**

AR 002184

## Daily Sheet
Todays Date: 5 - 2 -19

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | − | |
| Sensory Break | | | |
| Morning Work | Y | − | Worked at seat |
| Calendar | Y | − | |
| Activity Break | | | |
| Writing | Y | − | |
| Recess/Snack | Y | − | |
| Whole Group Reading | Y | − | listened to story at seat |
| Activity Break | | | |
| Literacy Centers | Y | − | African market |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | | | |
| Sensory Break | | | |
| Math | ∿ | ∿ | Half |
| Recess | ∿ | ∿ | |
| Activity Break | | | |
| Sci/SS | ∿ | ∿ | Day |
| Centers | ∿ | | |
| Pack Up | Y | − | packed up by himself |

**What Earns Me a Check?:** Following directions and completing my work with fewer than 3 prompts.

AR 002185

Atticus       5 - 7 - 19

**Clipboard Sheet**

**Today's Goal:** ___Help clean up___

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|---|---|---|---|
| **PE** | | | | |
| **MUSIC** | | | | |
| **ART** | | | | |
| **LIBRARY** | ☺ | ☺ | 서 | |
| **LUNCH** | | | | |
| **RECESS** | | | | |
| **OTHER** | | | | |

**AR 002186**

Atticus

## Daily Sheet

Todays Date: 5 - 7 - 19

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | | |
| Sensory Break | | | |
| Morning Work | Y | | |
| Calendar | Y | | |
| Activity Break | | | |
| Writing | | | Today we did testing. While kids |
| Recess/Snack | | | were pulled out we watched a movie. |
| Whole Group Reading | | | Atticus had some lego time. |
| Activity Break | | | |
| Literacy Centers | | | |
| Specials | | | |
| Activity Break | | | |
| Lunch | Y | | |
| Sensory Break | | | |
| Math | Y | | Refused to join the group - did activity |
| Recess | Y | | by himself |
| Activity Break | | | - stayed on |
| Sci/SS | Y | | task with |
| Centers | Y | | few prompts |
| Pack Up | Y | | |

**What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.**

AR 002187

Atticus   5-8-19

**Clipboard Sheet**

*Today's Goal:* ___Follow game directions___

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|------|------|------|------|
| PE | 75% | 75% | AN | 75% Follows directions; 25% Gets distracted |
| ~~MUSIC~~ Spanish | 100% | 100% | CB | 100% on task + following directions |
| ART | | | | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

**AR 002188**

Atticus

## Daily Sheet
**Todays Date:** 5 - 8 - 19

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | | | |
| Sensory Break | | | |
| Morning Work | ✓ | | |
| Calendar | | | Got upset and would not participate in Calendar center |
| Activity Break | | | |
| Writing | ✓ | | Turned his mood around and worked on his "All About Me" book very nicely |
| Recess/Snack | ✓ | | |
| ~~Whole~~ Group ~~Reading~~ | | | Did his own activity (I-pad) during ~~writing cent~~ reading centers |
| Activity Break | | | |
| Literacy Centers | | | ✓ and in whole group. Did not join us but was not upset. |
| Specials | | | |
| Activity Break | | | |
| Lunch | | | |
| Sensory Break | | | |
| ~~Math~~ Spanish | | | |
| Recess | | | |
| Activity Break | | | |
| ~~Sci/SS~~ Math | ✓ | | |
| Centers | ✓ | | |
| Pack Up | | | |

**What Earns Me a Check?:** Following directions and completing my work with fewer than 3 prompts.

Atticus started out a bit upset. I'm not sure why- he didn't get in trouble with me or anything. After that, however, he turned his mood around and had a great day.

**Clipboard Sheet**

**Today's Goal:** _Sing with group_

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|---|---|---|---|---|
| PE | | | | |
| MUSIC | ✓ | ✓ | MM | |
| ART | | | | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

**AR 002190**

**Daily Sheet**
Todays Date: 5 - 9 - 19

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|------|
| Arrival | Y | – | |
| Sensory Break | | | |
| Morning Work | Y/N | – | started to Work but ~~doll move~~ got up and was walking around |
| Calendar | Y | – | |
| Activity Break | | | |
| Writing | Y | – | Worked on favorites book |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | Chose seat |
| Activity Break | | | |
| Literacy Centers | Y | – | listened to stories on Epic |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | – | |
| Sensory Break | | | |
| Math | Y | – | Sat at seat & followed along with my directions |
| Recess | Y | – | |
| Activity Break | | | |
| Sci/SS | Y | – | |
| Centers | Y | – | Played with legos |
| Pack Up | Y | – | |

**What Earns Me a Check?: Following directions and
completing my work with fewer than 3 prompts.**

AR 002191

## Daily Sheet
Todays Date: _5 - 10 - 19_

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | – | |
| Sensory Break | | | |
| Morning Work | Y | – | |
| Calendar | | | He played some games, but he |
| Activity Break | | | |
| Writing | | | chose to watch some. |
| Recess/Snack | | | |
| Whole Group Reading | | | |
| Activity Break | | | |
| Literacy Centers | | | |
| Specials | | | |
| Activity Break | | | |
| Lunch | Y | – | |
| Sensory Break | | | |
| Math | Y | – | followed along with group |
| Recess | Y | – | |
| Activity Break | | | |
| Sci/SS | Y | – | |
| Centers | Y | – | played in building center |
| Pack Up | Y | – | |

*Field Day*

## What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.

AR 002192

...ard Sheet

day's Goal: _____ Sing with the group

| Time | PE | MUSIC | ART | LIBRARY | LUNCH | RECESS | OTHER |
|------|----|-------|-----|---------|-------|--------|-------|
| Follows Directions | | ✓ | | | | | |
| On Task | | ✓✓ | | | | | |
| Teacher Initials | | MM | | | | | |
| Comments | | 1 reminder then back on track. | | | | | |

AR 002193

**Clipboard Sheet**

**Today's Goal:** _Sing with the group_

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|------|------|------|---------|
| PE | | | | |
| MUSIC | ✓ | ✓ | MM | 1 reminder then back on track. |
| ART | | | | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

**AR 002194**

**Daily Sheet**
Todays Date: 5-15-19

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | — | |
| Sensory Break | | | |
| Morning Work | Y | — | completed at seat |
| Calendar | Y | — | |
| Activity Break | | | |
| Writing | Y | — | drew pictures for favorites writing book |
| Recess/Snack | Y | — | |
| Whole Group Reading | Y | — | ✗✗ |
| Activity Break | | | |
| Literacy Centers | N | — | made confetti with word work paper |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | — | |
| Sensory Break | | | |
| ~~Math~~ Recess | Y | — | |
| ~~Recess~~ Talent Show | Y | — | Sat with me - was long but he was patient! |
| Activity Break | | | |
| ~~Sci/SS~~ | | | |
| Centers | Y | — | |
| Pack Up | Y | — | |

What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.

AR 002195

**ily Sheet**

Todays Date: 5 - 15 - 19

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|------|
| Arrival | Y | – | |
| Sensory Break | | | |
| Morning Work | Y | – | completed at seat |
| Calendar | Y | – | |
| Activity Break | | | |
| Writing | Y | – | drew pictures for favorites writing book |
| Recess/Snack | Y | – | |
| Whole Group Reading | Y | – | ✝⁄ᵃ |
| Activity Break | | | |
| Literacy Centers | N | – | made confetti with word work paper |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | – | |
| Sensory Break | | | |
| ~~Math~~ Recess | Y | – | |
| ~~Recess~~ Talent Show | Y | – | sat with me - was long but he was patient! |
| Activity Break | | | |
| ~~Sci/SS~~ | | | |
| Centers | Y | – | |
| Pack Up | Y | – | |

**What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.**

AR 002196



## Daily Sheet
Todays Date: 5-16-19

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | | | |
| Sensory Break | | | |
| Morning Work | | | |
| Calendar | | | |
| Activity Break | | | |
| Writing | | | |
| Recess/Snack | | | |
| Whole Group Reading | | | |
| Activity Break | | | |
| Literacy Centers | | | |
| Specials | | | |
| Activity Break | | | |
| Lunch | | | |
| Sensory Break | | | |
| Math | Y | – | chose seat & completed work with me |
| Recess | Y | – | |
| Activity Break | | | |
| Sci/SS | Y | – | worked on animal book |
| Centers | Y | – | he got upset because another student got confused about their |
| Pack Up | Y | – | creations and took something he built |

**What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.**

AR 002197

**Clipboard Sheet**

Today's Goal: <u>Complete activity as directed</u>

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|-----|-----|-----|----------|
| PE | | | | |
| MUSIC | | | | |
| ART | | | | |
| LIBRARY | | | | Please see think sheet |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

**AR 002198**

## Daily Sheet
**Todays Date:** 5 - 17 - 19

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|------|
| Arrival | Y | — | |
| | | | Sensory Break |
| Morning Work | Y | — | Worked at my table |
| Calendar | Y | — | |
| | | | Activity Break |
| Writing | N | — | he said he didn't feel well enough to do work but he didn't want to go to the nurse |
| Recess/Snack | Y | — | |
| Whole Group Reading | Y | — | completed project |
| | | | Activity Break |
| Literacy Centers | Y | — | worked on project |
| Specials | | | attached |
| | | | Activity Break |
| Lunch | Y | — | |
| | | | Sensory Break |
| Math | Y | - | he was a bit distracted during whole group but completed WS on his own |
| Recess | Y | — | |
| | | | Activity Break |
| Sci/SS | Y | — | Worked on animal book |
| Centers | Y | - | played in building center |
| Pack Up | Y | — | |

**What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.**

## Westwood View Elementary

## Think Sheet (A)

Name: _ATTICUS_____          Date: _____

## I am struggling with

| ☐ Safety | ☐ Responsibly | ☐ Respect | ☐ Other |
|----------|---------------|-----------|---------|

## What happened?

Atticus was cleaning up and another student scratched him. Atticus scratched him back.

## I feel…

| Happy | Sad | Mad | Scared |
|-------|-----|-----|--------|

## I should have…

Used my words to tell the teacher rather than scratch him.

_Micaela Emmott_____          _____
*(Teacher's Signature)*                    *(Parent's Signature)*

AR 002200

**Clipboard Sheet**

**Today's Goal:** _Play game with directions_

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|------|------|------|------|
| PE | ✓ | ✓ | DAN | Atticus listened well today |
| MUSIC | | | | |
| ART | | | | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

AR 002201

M V | JD  Did well

## Daily Sheet

Todays Date: _5 - 20 -19_

| Time | Check Earned? Y/N | Buddy Room | |
|---|---|---|---|
| Arrival | Y | – | |
| Sensory Break | | | |
| Morning Work | N | – | Sat at seat but did not work |
| Calendar | Y | – | |
| Activity Break | | | |
| ~~Writing~~ Assembly | Y | – | |
| Recess/Snack | Y | – | |
| ~~Whole~~ Group ~~Reading~~ | Y | – | |
| Activity Break | | | |
| Literacy Centers | Y | – | worked on Write the room |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | – | |
| Sensory Break | | | |
| ~~Math~~ Spanish | | | attached |
| Recess | Y | – | |
| Activity Break | | | |
| ~~Sci/SS~~ Math | Y | – | completed WS on own |
| Centers | Y | – | |
| Pack Up | Y | – | |

## What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.

AR 002202

*Sheet*

*pal:* <u>Sing with the group</u>

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|------|------|------|------|
| PE | | | | |
| MUSIC | ✓ | ✓ | MM | |
| ART | | | | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

**AR 002203**

heet

Date: **5-21-19**

| Time | Check Earned? Y/N | Buddy Room | |
|------|------|------|------|
| Arrival | Y | – | |
| Sensory Break | | | |
| Morning Work | Y | – | |
| Calendar | Y | – | |
| Activity Break | | | |
| Writing | Y | – | |
| Recess/Snack | Y | – | indoor → legos |
| Whole Group Reading | Y | – | |
| Activity Break | | | |
| Literacy Centers | Y | – | read to self → looked at leveled reader stories |
| Specials | | | attached |
| Activity Break | | | |
| Lunch | Y | – | |
| Sensory Break | | | |
| Math | Y | – | used rekenreks at tables |
| Recess | Y | – | indoor → legos |
| Activity Break | | | |
| Sci/SS | Y | – | finished cat book → I had him draw his research |
| Centers | Y | – | Legos |
| Pack Up | | | |

**What Earns Me a Check?: Following directions and completing my work with fewer than 3 prompts.**

.

## Joint Exhibit 1.049

## 2018.09.12 - AB Data Destroyer
## (Bates stamped SMSD 010131)

## This Exhibit has been provided in its NATIVE format.

AR 002205

.

# Joint Exhibit 1.050

## 2018.09.12 - AB Frequency Data
## (Bates stamped SMSD 010132)

## This Exhibit has been provided in its <span style="color:red">NATIVE</span> format.

AR 002206

Target Behavior:
- Refusal - a response to a given direction that does not match what was being asked of Atticus. This could include ignoring the direction, completing work how he wanted to do it and/or saying "no" to a given direction.

Other behaviors observed included;
- Disruption – noise making, wondering room, and/or messing with other's materials
- Verbal Aggression – calling peers/teacher names
- Property Destruction – tearing up work or classroom materials
- Physical Aggression – hitting or throwing objects
- Inappropriate Peer Interaction – rough housing

| Refusal | 69 incidents <ul><li>12 escalated to a disruption</li><li>1 escalated to verbal aggression</li><li>5 escalated to property destruction</li><li>3 escalated to physical aggression</li></ul> |
|---|---|
| Inappropriate Peer Interaction | 3 incidents |

Frequency of Refusal Behavior:



.

## Joint Exhibit 1.052

## 2018.09.12 - AB Deep Data Collected 9-12-18 through 1-18-19 (Bates stamped SMSD 010124)

## This Exhibit has been provided in its <span style="color:red">NATIVE</span> format.

AR 002208

*FBA Parent Interview*

## Parent Interview

Student Name Atticus B.    Age 6    Grade K

Birthdate 9.13.2012    Date of Interview 11-1-2018

Person Conducting Interview Natalie S Beer   Mother

**A. Child's Medical History**

1. Are there any medical issues about your child you believe are important?

micro Chromosom deletion 15 q 26.1
Allergies.
— We are in the process of meeting with a geneticist and
psychologist and childrens mercy.

2. Is your child currently taking any medication?  If so, please list type and dosage.

none —

3. Has your child had previous testing or psychological examinations?  If so, please provide date, agency and summary of the results.

IEP - Evaluation - Briarwood Elementary - Oct. 2017 - Not
Needed
IEP Evaluation Westwood view - Aug 2015 - Not Needed
DNA testing Aug - 2018 - Micro Chromosom deletion 15 q 26.1
We had are filing out paper work for Childrens mercy now.

**B. Psychological and Social History**

1. Please describe the kinds of activities in which your child engages in the neighborhood and in the home.

Atticus plays legos. is in Boyscouts. has play dates. He
plays outside in sand box play house and rides bikes —
He has his own Art Center. where he like to "make what ever he wants."

2. Have there been any unusual changes or events recently in the home?  No.

3. Is there any evidence of emotional tension, fear, irritation, or lack of confidence in your child?  yes.

My son has been experiencing all the above since
we have started School at westwood view in Aug 2018

7N 2QX

AR 002209

1

*FBA Parent Interview*

### C. Social and Behavior Checklist

Place a check next to any behavior or problem that your child currently exhibits.

| | | | |
|---|---|---|---|
| | Withdrawn | | Shows daredevil behaviors |
| X | Has low self-confidence | | Gives up easily |
| | Has low motivation | | Poor self-expression |
| X | Gets along with parents | | Prefers to be alone |
| | Gets along with teachers | | Sucks thumb |
| X | Gets along with peers | | Bites fingernails |
| | Gets along with siblings | | Eats poorly |
| X | Is aggressive | | Has poor bowel control |
| X | Is shy or timid | | Is much too active |
| | Has frequent tantrums | X | Is stubborn |
| X | Has frequent nightmares | | Is clumsy |
| | Has trouble sleeping | | Has blank spells |
| | Wets the bed | X | Is impulsive |
| | Is more interested in things and objects than people | X | Engages in behavior that could be dangerous to self or others |

| | |
|---|---|
| X | Other  not following directions. |

1. Of the above, which behavior is of greatest concern to you?  has low self-confidence.

2. Briefly describe your child's current difficulties.

Atticus seems overly emotional since he has started school at westwood view. The teacher and staff do not use positive discipline and he seems confused, scared to go to school. He is having trouble "following directions." ~~He~~ ~~cries~~ He wakes up every morning asking if he has to go to school. This is on top of having the ~~DATE~~ micro deletion and possible learning disabilities.

3. How long has this problem existed?  Since school started.

4. What seems to help the problem?  reassuring Atticus. talking to him daily about his expectations at school. talking about his day. Being there for him. Advocating for him. Engaging him in clubs activities play dates. having lunch with him. modling friendly behavior and expectations. Teachers and staff using visual schedule - using 2 options when directing him to choose. Having sensory breaks.

5. What seems to make the problem worse?  Atticus tells me that he is sent out of the classroom frequently - He says he goes to the principals office, the nurse, Mr. Shahans office down stairs and Ms. flintz room. He does not know why he is there or what is going on. He seems fearful and scared. Other children have told me that "Atticus is the bad kid of the class." this seems to increase Atticus behavior problems and cause him stress

AB 002210

*FBA Parent Interview*

2. What disciplinary techniques are usually effective? Offering choices. noticing the positive things he does. ~~can~~ He knows that a count to 3 is a Break - (time out) for 1min - his Age. 6min. He will normally turn things around by the count of 2.

3. What disciplinary techniques are usually ineffective? yelling spanking shaming. Not discussing - why what when. or expectations.

4. What have you found to be the most satisfactory ways of helping your child? Being calm talking about things before they happen. first we will do this next we will ... After we will clean up. timers Visual aids. Offering options. Warnings. reminders, Sensory breaks. pointing out what he does right.

5. Is there any other information that you think may help us in working with your child? Atticus is intuitive he knows when people are being sincere be open and kind to him and he will be that way to y'w and others. You can talk directly and honestly to him he will respect that and show respect.

6. What are your child's favorite activities? legos. building with different materials — clay sand water painting. Art. running playgrounds nature walks. Technologie. (He 3D prints with his dad.) He created his own Art Center. with Supplies and workstation.

7. What activities would you like your child to engage in more often than he or she does at the present? - More Sensory based projects, things like clay- were there is physical resistance. project based education, where he works with his class room mates to solve problems instead of being constantly dictated too A balance in Education.

8. What activities do your child like the least? things that do not allow him to be unique or creative, pre determind. Activities.

AR 002211

4

*FBA Parent Interview*

**D. Educational Concerns**

1. What do you perceive to be your child's strengths at school? Atticus is advanced at Mathematics. He is extremely creative. Making art / inventions / Sculptures. He is funny and friendly to those that are to him.

2. How do you believe these problems can be best addressed? Atticus needs to be in a positive behavior environment. He needs visual aids. He could probably use a 1:1 aid to help him stay on task. With assignments. We will continue to get as much information and help from childrens Mercy and work collaborativly to help the teachers and staff with his pending diagnosis.

3. Does your child seem to be experiencing difficulty at school? If so, please describe. Yes! - WWV. is an asertive behavior Environment. Which is fine for kids without disabilities. But for Atticus to grow and function he needs a more positive disipline 1:1 help and special instructional support. Having the staff send him out of the room constantly only does not teach him how to behave. It only teaches him that he is not good enough that he is different.

4. What do you see your child doing as an adult? ( Atticus will more than likely be an Architect or Engineer. Christopher and myself would / and are saving for him to attend MIT.

5. How do you believe that school can help your child reach this goal? A school with exceptional leadership, can make life long learners. Curious and problem solvers. Teach disipline and emotional intelligence. Can create a safe space for children their families and staff. A school that views children as the future and not a problem to deal with equals self confident kids that can go on to places like MIT.

6. Do you have any additional comments/concerns regarding your child's education? ✱ Taking my son out of class daily is bordring on segragation. labeling and is affecting his self worth/mental health. We are willing to donate money to Briarwood Elementry if we are given a transfer this spring 2019+

**E. Disciplinary Techniques**

1. What disciplinary techniques do you usually use when your child behaves inappropriately? Place a check next to each technique that you use.

| | | |
|---|---|---|
| Ignore the problem | | Send your child to his/her room |
| Scold your child | | Take away some activity or food |
| Spank your child | ✗ | Reason with your child |
| Threaten your child | | Don't use any technique |
| Redirect your child's interest ✗ | | Other technique |
| Have your child sit on a chair | ✗ | Count to 3. time out calm down break. 5 min. We also talk about why its important to be safe that I am here to keep him safe. that he is here to be safe. |

AR 002212

# FBA Data Collection

PLEASE USE WHEN DISRUPTIVE BEHAVIOR IS PRESENTED (i.e. Noise making, talking to students, throwing papers, throwing supplies, talking loudly)

Buddy Room
9/12, 9/18, 9/15
9/18, 9/15, 9/25, 9/26, 9/25
10:25

---

**Date:** 9/12

M. T. W. Th. F.

Time: Start ___
End ___
Total Time ___

**Setting**

Location:
- [x] Classroom
- [ ] Hallway
- [ ] Lunchroom
- [ ] Specials
- [ ] Outside

Activity: _Reading_

**Antecedent (Trigger)**
- [ ] Denial of request
- [ ] Request from adult
- [ ] Frustration over task
- [x] Transition
- [ ] Peer interaction
- [x] Other: _engaged_

**Behavior**
- [ ] Noise making (screaming)
- [ ] Name calling
- [ ] Pushing/shoving work
- [ ] Aggression
- [ ] Elopement
- [x] Work refusal
- [ ] Other:

**Consequence**
- [ ] Ignore
- [ ] Verbal Redirect
- [ ] Visual Prompt
- [ ] Safe Seat
- [ ] Removal from class
- [ ] Other: N/A

---

**Date:** 9/12

M. T. W. Th. F.

Time: Start ___
End ___
Total Time ___

**Setting**

Location:
- [x] Classroom
- [ ] Hallway
- [ ] Lunchroom
- [ ] Specials
- [ ] Outside

Activity: _Math_

**Antecedent (Trigger)**
- [x] Denial of request
- [ ] Request from adult
- [ ] Frustration over task
- [ ] Transition
- [ ] Peer interaction
- [ ] Other:

**Behavior**
- [ ] Noise making (screaming)
- [ ] Name calling
- [x] Pushing/shoving work
- [x] Aggression - _throwing crayons_
- [ ] Elopement
- [ ] Work refusal
- [ ] Other:

**Consequence**
- [ ] Ignore
- [ ] Verbal Redirect
- [ ] Visual Prompt
- [ ] Safe Seat
- [x] Removal from class
- [ ] Other: N/A

---

**Date:** 9/12

M. T. W. Th. F.

Time: Start ___
End ___
Total Time ___

**Setting**

Location:
- [x] Classroom
- [ ] Hallway
- [ ] Lunchroom
- [ ] Specials
- [ ] Outside

Activity: _Social St._

**Antecedent (Trigger)**
- [x] Denial of request
- [ ] Request from adult
- [ ] Frustration over task
- [ ] Transition
- [ ] Peer interaction
- [ ] Other:

**Behavior**
- [ ] Noise making (screaming)
- [ ] Name calling
- [ ] Pushing/shoving work
- [x] Aggression
- [x] Elopement
- [x] Work refusal
- [ ] Other:

**Consequence**
- [ ] Ignore
- [ ] Verbal Redirect
- [ ] Visual Prompt
- [ ] Safe Seat
- [ ] Removal from class
- [x] Other: _Sent to buddy room_

---

**Date:** 9/13

M. T. W. Th. F.

Time: Start ___
End ___
Total Time ___

**Setting**

Location:
- [ ] Classroom
- [ ] Hallway
- [ ] Lunchroom
- [x] Specials
- [ ] Outside

Activity: ___

**Antecedent (Trigger)**
- [x] Denial of request
- [ ] Request from adult
- [ ] Frustration over task
- [ ] Transition
- [ ] Peer interaction
- [ ] Other:

**Behavior**
- [ ] Noise making (screaming)
- [ ] Name calling
- [ ] Pushing/shoving work
- [x] Aggression
- [ ] Elopement
- [ ] Work refusal
- [x] Other: _disruptive pushing running others_

**Consequence**
- [ ] Ignore
- [ ] Verbal Redirect
- [ ] Visual Prompt
- [ ] Safe Seat
- [ ] Removal from class
- [ ] Other: N/A

---

Anxious

AR 002213

# FBA Data Collection

**PLEASE USE WHEN DISRUPTIVE BEHAVIOR IS PRESENTED (i.e. Noise making, talking to students, throwing papers, throwing supplies, talking loudly)**

*(handwritten top margin: ELA   Math   SS   PH ... Cont)*

| | Setting | Antecedent (Trigger) | Behavior | Consequence |
|---|---|---|---|---|
| Date: 9/18<br>M. T. W. Th. F.<br>Time: Start ___<br>End ___<br>Total Time ___ | Location:<br>☑ Classroom<br>☐ Hallway<br>☐ Lunchroom<br>☐ Specials<br>☐ Outside<br>Activity: AM Work Calendar | ☐ Denial of request<br>☑ Request from adult<br>☐ Frustration over task<br>☐ Transition<br>☐ Peer interaction<br>☐ Other: ___ | ☐ Noise making (screaming)<br>☐ Name calling<br>☑ Pushing/shoving work<br>☐ Aggression<br>☐ Elopement<br>☐ Work refusal<br>☐ Other: out work crawling around | ☐ Ignore<br>☑ Verbal Redirect<br>☐ Visual Prompt<br>☐ Safe Seat<br>☐ Removal from class<br>☐ Other: ___ |
| Date: 9/18<br>M. T. W. Th. F.<br>Time: Start ___<br>End ___<br>Total Time ___ | Location:<br>☑ Classroom<br>☐ Hallway<br>☐ Lunchroom<br>☑ Specials<br>☐ Outside<br>Activity: Art | ☑ Denial of request<br>☐ Request from adult<br>☐ Frustration over task<br>☐ Transition<br>☐ Peer interaction<br>☐ Other: ___ | ☐ Noise making (screaming)<br>☐ Name calling<br>☐ Pushing/shoving work<br>☐ Aggression<br>☐ Elopement<br>☑ Work refusal<br>☑ Other: disruptive | ☐ Ignore<br>☐ Verbal Redirect<br>☐ Visual Prompt<br>☐ Safe Seat<br>☑ Removal from class<br>☑ Other: sent to office |
| Date: 9/18<br>M. T. W. Th. F.<br>Time: Start ___<br>End ___<br>Total Time ___ | Location:<br>☑ Classroom<br>☐ Hallway<br>☐ Lunchroom<br>☐ Specials<br>☐ Outside<br>Activity: Math | ☑ Denial of request<br>☐ Request from adult<br>☐ Frustration over task<br>☐ Transition<br>☐ Peer interaction<br>☐ Other: ___ | ☐ Noise making (screaming)<br>☐ Name calling<br>☑ Pushing/shoving work<br>☐ Aggression<br>☐ Elopement<br>☑ Work refusal<br>☑ Other: disruptive | ☑ Ignore<br>☑ Verbal Redirect<br>☐ Visual Prompt<br>☐ Safe Seat<br>☑ Removal from class<br>☐ Other: ___ |
| Date: 9/18<br>M. T. W. Th. F.<br>Time: Start ___<br>End ___<br>Total Time ___ | Location:<br>☑ Classroom<br>☐ Hallway<br>☐ Lunchroom<br>☐ Specials<br>☐ Outside<br>Activity: SS | ☐ Denial of request<br>☑ Request from adult<br>☐ Frustration over task<br>☐ Transition<br>☐ Peer interaction<br>☐ Other: ___ | ☐ Noise making (screaming)<br>☐ Name calling<br>☑ Pushing/shoving work<br>☐ Aggression<br>☐ Elopement<br>☑ Work refusal<br>☑ Other: crawling threw legos | ☐ Ignore<br>☑ Verbal Redirect<br>☐ Visual Prompt<br>☐ Safe Seat<br>☑ Removal from class<br>☐ Other: ___ |

AR 002214

# FBA Data Collection

PLEASE USE WHEN DISRUPTIVE BEHAVIOR IS PRESENTED (i.e. Noise making, talking to students, throwing papers, throwing supplies, talking loudly)

---

**Entry 1**

Date: 9/18
M. T. W. Th. F.
Time: Start ___
End ___
Total Time ___

**Setting**
Location:
☒ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity: centers

**Antecedent (Trigger)**
☐ Denial of request
☒ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:

**Behavior**
☐ Noise making (screaming)
☒ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☐ Work refusal
☐ Other:

**Consequence**
☐ Ignore
☐ Verbal Redirect
☐ Visual Prompt
☒ Safe Seat
☐ Removal from class
☒ Other: Sent to office

---

**Entry 2**

Date: 9/24
M. T. W. Th. F.
Time: Start ___
End ___
Total Time ___

**Setting**
Location:
☒ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity: calendar

**Antecedent (Trigger)**
☒ Denial of request
☒ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:

**Behavior**
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☐ Work refusal
☒ Other: crawling around

**Consequence**
☐ Ignore
☐ Verbal Redirect
☒ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other:

---

**Entry 3**

Date: 9/24
M. T. W. Th. F.
Time: Start ___
End ___
Total Time ___

**Setting**
Location:
☐ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☒ Outside
Activity: recess

**Antecedent (Trigger)**
☐ Denial of request
☒ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:

**Behavior**
☐ Noise making (screaming)
☐ Name calling
☒ Pushing/shoving work
☐ Aggression
☐ Elopement
☐ Work refusal
☒ Other: swinging bottle at others

**Consequence**
☒ Ignore
☒ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other:

---

**Entry 4**

Date: 9/24
M. T. W. Th. F.
Time: Start ___
End ___
Total Time ___

**Setting**
Location:
☒ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity: reading

**Antecedent (Trigger)**
☐ Denial of request
☒ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:

**Behavior**
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☒ Work refusal
☐ Other:

**Consequence**
☒ Ignore
☐ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other:

AR 002215

# FBA Data Collection

PLEASE USE WHEN DISRUPTIVE BEHAVIOR IS PRESENTED (i.e. Noise making, talking to students, throwing papers, throwing supplies, talking loudly)

---

**Entry 1**

Date: 9/12/20
M. T. W. Th. F.
Time: Start ___ End ___ Total Time ___

Setting — Location:
☑ Classroom ☐ Hallway ☐ Lunchroom ☐ Specials ☐ Outside
Activity: Reading

Antecedent (Trigger):
☐ Denial of request ☒ Request from adult ☐ Frustration over task ☐ Transition ☐ Peer interaction ☐ Other:

Behavior:
☐ Noise making (screaming) ☐ Name calling ☐ Pushing/shoving work ☐ Aggression ☐ Elopement ☒ Work refusal ☒ Other: working room

Consequence:
☒ Ignore ☐ Verbal Redirect ☐ Visual Prompt ☐ Safe Seat ☐ Removal from class ☐ Other:

---

**Entry 2**

Date: 9/22
M. T. W. Th. F.
Time: Start ___ End ___ Total Time ___

Setting — Location:
☒ Classroom ☐ Hallway ☐ Lunchroom ☐ Specials ☐ Outside
Activity: Reading

Antecedent (Trigger):
☐ Denial of request ☒ Request from adult ☐ Frustration over task ☐ Transition ☐ Peer interaction ☐ Other:

Behavior:
☐ Noise making (screaming) ☐ Name calling ☒ Pushing/shoving work ☒ Aggression threw material ☒ Elopement ☒ Work refusal ☐ Other:

Consequence:
☐ Ignore ☐ Verbal Redirect ☐ Visual Prompt ☐ Safe Seat ☒ Removal from class – loudly ☐ Other: room

---

**Entry 3**

Date: 9/28
M. T. W. Th. F.
Time: Start ___ End ___ Total Time ___

Setting — Location:
☐ Classroom ☐ Hallway ☐ Lunchroom ☐ Specials ☐ Outside
Activity: Reading

Antecedent (Trigger):
☐ Denial of request ☒ Request from adult ☐ Frustration over task ☐ Transition ☐ Peer interaction ☐ Other:

Behavior:
☐ Noise making (screaming) ☐ Name calling ☐ Pushing/shoving work ☐ Aggression ☐ Elopement ☒ Work refusal ☒ Other: distracting out of seat

Consequence:
☐ Ignore ☐ Verbal Redirect ☐ Visual Prompt ☐ Safe Seat ☐ Removal from class ☐ Other:

---

**Entry 4**

Date: 9/28
M. T. W. Th. F.
Time: Start ___ End ___ Total Time ___

Setting — Location:
☐ Classroom ☐ Hallway ☐ Lunchroom ☐ Specials ☐ Outside
Activity: Math

Antecedent (Trigger):
☐ Denial of request ☒ Request from adult ☐ Frustration over task ☐ Transition ☐ Peer interaction ☐ Other:

Behavior:
☒ Noise making (screaming) ☐ Name calling ☐ Pushing/shoving work ☐ Aggression ☐ Elopement ☐ Work refusal ☐ Other:

Consequence:
☐ Ignore ☐ Verbal Redirect ☐ Visual Prompt ☐ Safe Seat ☒ Removal from class buddy room ☐ Other:

AR 002216

# FBA Data Collection

**PLEASE USE WHEN DISRUPTIVE BEHAVIOR IS PRESENTED (i.e. Noise making, talking to students, throwing papers, throwing supplies, talking loudly)**

## Entry 1

**Date:** 10/1
M. T. W. Th. F. ___
Time: Start ___
End ___
Total Time ___

**Setting**
Location:
☑ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity: AM Work

**Antecedent (Trigger)**
☐ Denial of request
☑ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:

**Behavior**
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☑ Work refusal
☐ Other:

**Consequence**
☑ Ignore
☐ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other:

## Entry 2

**Date:** 10/1
M. T. W. Th. F. ___
Time: Start ___
End ___
Total Time ___

**Setting**
Location:
☑ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity: Math

**Antecedent (Trigger)**
☐ Denial of request
☐ Request from adult
☐ Frustration over task
☑ Transition
☐ Peer interaction
☐ Other:

**Behavior**
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☑ Elopement
☐ Work refusal
☐ Other:

**Consequence**
☐ Ignore
☐ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other: N/A

## Entry 3

**Date:** 10/2
M. T. W. Th. F. ___
Time: Start ___
End ___
Total Time ___

**Setting**
Location:
☑ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity: ___

**Antecedent (Trigger)**
☐ Denial of request
☑ Request from adult
☐ Frustration over task
☑ Transition
☐ Peer interaction
☐ Other:

**Behavior**
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☑ Work refusal
☐ Other: not following given directions

**Consequence**
☐ Ignore
☐ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other:

## Entry 4

**Date:** 10/2
M. T. W. Th. F. ___
Time: Start ___
End ___
Total Time ___

**Setting**
Location:
☑ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity: Math

**Antecedent (Trigger)**
☐ Denial of request
☐ Request from adult
☐ Frustration over task
☑ Transition
☐ Peer interaction
☐ Other:

**Behavior**
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☑ Work refusal
☐ Other: wandering room,

**Consequence**
☐ Ignore
☐ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other:

AR 002217

# FBA Data Collection

PLEASE USE WHEN DISRUPTIVE BEHAVIOR IS PRESENTED (i.e. Noise making, talking to students, throwing papers, throwing supplies, talking loudly)

**Entry 1**

Date: 10/2 ___
M. T. W. Th. F.
Time: Start ___
End ___
Total Time ___

Setting
Location:
☒ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity: _COP____

Antecedent (Trigger)
☒ Denial of request
☐ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other: ___

Behavior
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☒ Work refusal
☐ Other: Wandering around, disrupting others

Consequence
☐ Ignore
☐ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other: ___

**Entry 2**

Date: 10/2 ___
M. T. W. Th. F.
Time: Start ___
End ___
Total Time ___

Setting
Location:
☒ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity: transition

Antecedent (Trigger)
☐ Denial of request
☐ Request from adult
☐ Frustration over task
☒ Transition
☐ Peer interaction
☐ Other: ___

Behavior
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☒ Aggression
☐ Elopement
☐ Work refusal
☐ Other: ___

Consequence
☐ Ignore
☐ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other: ___

**Entry 3**

Date: 10/2 ___
M. T. W. Th. F.
Time: Start ___
End ___
Total Time ___

Setting
Location:
☒ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity: Math

Antecedent (Trigger)
☒ Denial of request
☒ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other: ___

Behavior
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☐ Work refusal
☒ Other: out of seat, disr. others

Consequence
☐ Ignore
☐ Verbal Redirect
☐ Visual Prompt
☒ Safe Seat
☐ Removal from class
☐ Other: ___

**Entry 4**

Date: 10/3 ___
M. T. W. Th. F.
Time: Start ___
End ___
Total Time ___

Setting
Location:
☒ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity: Morning

Antecedent (Trigger)
☐ Denial of request
☒ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other: ___

Behavior
☐ Noise making (screaming)
☐ Name calling
☒ Pushing/shoving work
☐ Aggression
☐ Elopement
☐ Work refusal
☐ Other: pick up wk

Consequence
☐ Ignore
☐ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other: N/A

AR 002218

# FBA Data Collection

PLEASE USE WHEN DISRUPTIVE BEHAVIOR IS PRESENTED (i.e. Noise making, talking to students, throwing papers, throwing supplies, talking loudly)

## Entry 1

**Date:** 10/5
M. T. W. Th. F.
Time: Start _____
End _____
Total Time _____

**Setting**
Location:
☐ Classroom
☐ Hallway
☐ Lunchroom
☒ Specials
☐ Outside
Activity: PE

**Antecedent (Trigger)**
☒ Denial of request
☐ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other: _____

**Behavior**
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☒ Work refusal
☐ Other: _____

**Consequence**
☐ Ignore
☒ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other: _____

## Entry 2

**Date:** 10/9
M. T. W. Th. F.
Time: Start _____
End _____
Total Time _____

**Setting**
Location:
☐ Classroom
☐ Hallway
☒ Lunchroom
☐ Specials
☐ Outside
Activity: Art

**Antecedent (Trigger)**
☒ Denial of request
☐ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other: _____

**Behavior**
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☒ Work refusal
☐ Other: _____

**Consequence**
☐ Ignore
☒ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other: _____

## Entry 3

**Date:** 10/15
M. T. W. Th. F.
Time: Start _____
End _____
Total Time _____

**Setting**
Location:
☐ Classroom
☐ Hallway
☐ Lunchroom
☒ Specials
☐ Outside
Activity: PE

**Antecedent (Trigger)**
☐ Denial of request
☒ Request from adult
☒ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other: _____

**Behavior**
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☒ Work refusal
☐ Other: _____

**Consequence**
☐ Ignore
☒ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other: _____

## Entry 4

**Date:** 10/19
M. T. W. Th. F.
Time: Start _____
End _____
Total Time _____

**Setting**
Location:
☒ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity: MATH

**Antecedent (Trigger)**
☐ Denial of request
☐ Request from adult
☒ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other: _____

**Behavior**
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☐ Work refusal
☐ Other: refused to work for break

**Consequence**
☐ Ignore
☐ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other: _____

AR 002219

# FBA Data Collection

PLEASE USE WHEN DISRUPTIVE BEHAVIOR IS PRESENTED (i.e. Noise making, talking to students, throwing papers, throwing supplies, talking loudly)

## Block 1

**Date:** 10/16
M. T. W. Th. F.
Time: Start ____
End ____
Total Time ____

**Setting**
Location:
- ☒ Classroom
- ☐ Hallway
- ☐ Lunchroom
- ☐ Specials
- ☐ Outside
Activity: ____

**Antecedent (Trigger)**
- ☐ Denial of request
- ☐ Request from adult
- ☒ Frustration over task
- ☐ Transition
- ☐ Peer interaction
- ☐ Other: large vocalizing to small reading

**Behavior**
- ☐ Noise making (screaming)
- ☐ Name calling
- ☐ Pushing/shoving work
- ☐ Aggression
- ☐ Elopement
- ☒ Work refusal
- ☐ Other:

**Consequence**
- ☐ Ignore
- ☐ Verbal Redirect
- ☐ Visual Prompt
- ☐ Safe Seat
- ☐ Removal from class
- ☐ Other:

## Block 2

**Date:** 10/16
M. T. W. Th. F.
Time: Start ____
End ____
Total Time ____

**Setting**
Location:
- ☒ Classroom
- ☐ Hallway
- ☐ Lunchroom
- ☒ Specials
- ☐ Outside
Activity: music

**Antecedent (Trigger)**
- ☒ Denial of request
- ☐ Request from adult
- ☐ Frustration over task
- ☐ Transition
- ☐ Peer interaction
- ☐ Other:

**Behavior**
- ☐ Noise making (screaming)
- ☐ Name calling
- ☐ Pushing/shoving work
- ☐ Aggression
- ☐ Elopement
- ☒ Work refusal
- ☐ Other:

**Consequence**
- ☐ Ignore
- ☒ Verbal Redirect
- ☐ Visual Prompt
- ☐ Safe Seat
- ☐ Removal from class
- ☐ Other:

## Block 3

**Date:** 10/22
M. T. W. Th. F.
Time: Start ____
End ____
Total Time ____

**Setting**
Location:
- ☒ Classroom
- ☐ Hallway
- ☐ Lunchroom
- ☐ Specials
- ☐ Outside
Activity: centers

**Antecedent (Trigger)**
- ☐ Denial of request
- ☒ Request from adult
- ☐ Frustration over task
- ☐ Transition
- ☐ Peer interaction
- ☐ Other:

**Behavior**
- ☐ Noise making (screaming)
- ☐ Name calling
- ☒ Pushing/shoving work
- ☒ Aggression → threw
- ☐ Elopement
- ☐ Work refusal
- ☐ Other: staff

**Consequence**
- ☐ Ignore
- ☐ Verbal Redirect
- ☐ Visual Prompt
- ☒ Safe Seat
- ☐ Removal from class
- ☒ Other:

## Block 4

**Date:** 10/20
M. T. W. Th. F.
Time: Start ____
End ____
Total Time ____

**Setting**
Location:
- ☒ Classroom
- ☐ Hallway
- ☐ Lunchroom
- ☐ Specials
- ☐ Outside
Activity: reading

**Antecedent (Trigger)**
- ☒ Denial of request
- ☒ Request from adult
- ☐ Frustration over task
- ☐ Transition
- ☐ Peer interaction
- ☐ Other:

**Behavior**
- ☐ Noise making (screaming)
- ☐ Name calling
- ☐ Pushing/shoving work
- ☐ Aggression
- ☐ Elopement
- ☒ Work refusal
- ☐ Other: crying about running

**Consequence**
- ☐ Ignore
- ☐ Verbal Redirect
- ☒ Visual Prompt
- ☐ Safe Seat
- ☐ Removal from class
- ☐ Other:

AR 002220

# FBA Data Collection

PLEASE USE WHEN DISRUPTIVE BEHAVIOR IS PRESENTED (i.e. Noise making, talking to students, throwing papers, throwing supplies, talking loudly)

## Entry 1

**Date:** 10/2/2   M. T. W. Th. F. ___
Time: Start ___  End ___  Total Time ___

**Setting**
Location:
☐ Classroom ☐ Hallway ☐ Lunchroom ☐ Specials ☐ Outside
Activity: S,S,S

**Antecedent (Trigger)**
☐ Denial of request ☒ Request from adult ☐ Frustration over task ☐ Transition ☐ Peer interaction ☐ Other:

**Behavior**
☒ Noise making (screaming) ☐ Name calling ☐ Pushing/shoving work ☐ Aggression ☐ Elopement ☐ Work refusal ☐ Other: pencil tapping

**Consequence**
☐ Ignore ☐ Verbal Redirect ☐ Visual Prompt ☐ Safe Seat ☐ Removal from class ☐ Other:

## Entry 2

**Date:** 10/2/3   M. T. W. Th. F. ___
Time: Start ___  End ___  Total Time ___

**Setting**
Location:
☐ Classroom ☐ Hallway ☒ Lunchroom ☐ Specials ☒ Outside
Activity: Art

**Antecedent (Trigger)**
☐ Denial of request ☐ Request from adult ☒ Frustration over task ☐ Transition ☐ Peer interaction ☐ Other:

**Behavior**
☐ Noise making (screaming) ☐ Name calling ☐ Pushing/shoving work ☐ Aggression ☐ Elopement ☐ Work refusal ☒ Other: upset about project

**Consequence**
☐ Ignore ☐ Verbal Redirect ☐ Visual Prompt ☐ Safe Seat ☐ Removal from class ☐ Other:

## Entry 3

**Date:** 10/2/20   M. T. W. Th. F. ___
Time: Start ___  End ___  Total Time ___

**Setting**
Location:
☐ Classroom ☐ Hallway ☐ Lunchroom ☐ Specials ☒ Outside
Activity: Library

**Antecedent (Trigger)**
☐ Denial of request ☐ Request from adult ☒ Frustration over task ☐ Transition ☐ Peer interaction ☐ Other:

**Behavior**
☐ Noise making (screaming) ☐ Name calling ☐ Pushing/shoving work ☐ Aggression ☐ Elopement ☒ Work refusal ☐ Other: worried about

**Consequence**
☐ Ignore ☐ Verbal Redirect ☐ Visual Prompt ☐ Safe Seat ☐ Removal from class ☒ Other: given time to calm

## Entry 4

**Date:** 10/2/6   M. T. W. Th. F. ___
Time: Start ___  End ___  Total Time ___

**Setting**
Location:
☐ Classroom ☐ Hallway ☐ Lunchroom ☐ Specials ☒ Outside
Activity: PE

**Antecedent (Trigger)**
☐ Denial of request ☒ Request from adult ☐ Frustration over task ☐ Transition ☐ Peer interaction ☐ Other:

**Behavior**
☐ Noise making (screaming) ☐ Name calling ☐ Pushing/shoving work ☐ Aggression ☐ Elopement ☒ Work refusal ☐ Other: dysregulated

**Consequence**
☒ Ignore ☒ Verbal Redirect ☐ Visual Prompt ☐ Safe Seat ☐ Removal from class ☐ Other:

AR 002221

# FBA Data Collection

PLEASE USE WHEN DISRUPTIVE BEHAVIOR IS PRESENTED (i.e. Noise making, talking to students, throwing papers, throwing supplies, talking loudly)

**Entry 1**

Date: 10/27
M.  T.  W.  Th.  F.
Time: Start _____
End _____
Total Time _____

Setting — Location: ☑ Classroom ☐ Hallway ☐ Lunchroom ☐ Specials ☐ Outside   Activity: _____

Antecedent (Trigger): ☐ Denial of request ☐ Request from adult ☑ Frustration over task ☐ Transition ☐ Peer interaction ☐ Other: _____  over pond

Behavior: ☐ Noise making (screaming) ☐ Name calling ☐ Pushing/shoving work ☐ Aggression ☐ Elopement ☐ Work refusal ☑ Other: _____ Punctuate

Consequence: ☐ Ignore ☐ Verbal Redirect ☐ Visual Prompt ☐ Safe Seat ☐ Removal from class ☐ Other:

**Entry 2**

Date: _____
M.  T.  W.  Th.  F.
Time: Start _____
End _____
Total Time _____

Setting — Location: ☐ Classroom ☐ Hallway ☐ Lunchroom ☐ Specials ☐ Outside   Activity: music

Antecedent (Trigger): ☐ Denial of request ☑ Request from adult ☐ Frustration over task ☐ Transition ☐ Peer interaction ☐ Other: _____

Behavior: ☐ Noise making (screaming) ☐ Name calling ☐ Pushing/shoving work ☐ Aggression ☐ Elopement ☑ Work refusal ☐ Other: _____ off task

Consequence: ☐ Ignore ☑ Verbal Redirect ☐ Visual Prompt ☐ Safe Seat ☐ Removal from class ☐ Other:

**Entry 3**

Date: _____
M.  T.  W.  Th.  F.
Time: Start _____
End _____
Total Time _____

Setting — Location: ☐ Classroom ☐ Hallway ☐ Lunchroom ☑ Specials ☐ Outside   Activity: library

Antecedent (Trigger): ☐ Denial of request ☑ Request from adult ☐ Frustration over task ☐ Transition ☐ Peer interaction ☐ Other: _____

Behavior: ☐ Noise making (screaming) ☐ Name calling ☐ Pushing/shoving work ☐ Aggression ☐ Elopement ☑ Work refusal ☐ Other: wouldn't clean up

Consequence: ☐ Ignore ☑ Verbal Redirect ☐ Visual Prompt ☐ Safe Seat ☐ Removal from class ☐ Other:

**Entry 4**

Date: 11/12
M.  T.  W.  Th.  F.
Time: Start _____
End _____
Total Time _____

Setting — Location: ☐ Classroom ☐ Hallway ☐ Lunchroom ☐ Specials ☐ Outside   Activity: reading

Antecedent (Trigger): ☑ Denial of request ☑ Request from adult ☐ Frustration over task ☐ Transition ☐ Peer interaction ☐ Other: _____

Behavior: ☐ Noise making (screaming) ☐ Name calling ☐ Pushing/shoving work ☐ Aggression ☐ Elopement ☐ Work refusal ☐ Other: not following directions

Consequence: ☐ Ignore ☑ Verbal Redirect ☐ Visual Prompt ☐ Safe Seat ☐ Removal from class ☐ Other:

AR 002222

# FBA Data Collection

PLEASE USE WHEN DISRUPTIVE BEHAVIOR IS PRESENTED (i.e. Noise making, talking to students, throwing papers, throwing supplies, talking loudly)

**Entry 1**

Date: 1/19
M.  T.  W.  Th.  F.
Time: Start
End
Total Time

Setting
Location:
☐ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity:

Antecedent (Trigger)
☐ Denial of request
☑ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:

Behavior
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☐ Work refusal
☑ Other: on task

Consequence
☐ Ignore
☑ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other:

**Entry 2**

Date: 1/22
M.  T.  W.  Th.  F.
Time: Start
End
Total Time

Setting
Location:
☐ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity:

Antecedent (Trigger)
☐ Denial of request
☑ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:

Behavior
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☐ Work refusal
☑ Other: did not participate

Consequence
☐ Ignore
☑ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other:

**Entry 3**

Date: 1/23
M.  T.  W.  Th.  F.
Time: Start
End
Total Time

Setting
Location:
☐ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity:

Antecedent (Trigger)
☐ Denial of request
☑ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:

Behavior
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☐ Work refusal
☑ Other: off task

Consequence
☐ Ignore
☑ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other:

**Entry 4**

Date: 1/28
M.  T.  W.  Th.  F.
Time: Start
End
Total Time

Setting
Location:
☐ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity:

Antecedent (Trigger)
☐ Denial of request
☑ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:

Behavior
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☐ Work refusal
☑ Other: not following directions

Consequence
☐ Ignore
☐ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☑ Other:

AR 002223

# FBA Data Collection

PLEASE USE WHEN DISRUPTIVE BEHAVIOR IS PRESENTED (i.e. Noise making, talking to students, throwing papers, throwing supplies, talking loudly)

## Entry 1

**Date:** 11/28
M.  T.  W.  Th.  F.
Time: Start ___
End ___
Total Time ___

**Setting**
Location:
☐ Classroom
☐ Hallway
☑ Lunchroom
☐ Specials
☐ Outside
Activity: Lunch

**Antecedent (Trigger)**
☐ Denial of request
☑ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:

**Behavior**
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☐ Work refusal
☑ Other: not follow direct

**Consequence**
☐ Ignore
☑ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other:

## Entry 2

**Date:** 11/28
M.  T.  W.  Th.  F.
Time: Start ___
End ___
Total Time ___

**Setting**
Location:
☐ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☑ Outside
Activity: Music

**Antecedent (Trigger)**
☐ Denial of request
☑ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:

**Behavior**
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☐ Work refusal
☑ Other: not foll direct

**Consequence**
☐ Ignore
☑ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other:

## Entry 3

**Date:** ___
M.  T.  W.  Th.  F.
Time: Start ___
End ___
Total Time ___

**Setting**
Location:
☐ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☑ Outside
Activity: Music

**Antecedent (Trigger)**
☑ Denial of request
☑ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:

**Behavior**
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☑ Work refusal
☑ Other: not foll direct

**Consequence**
☐ Ignore
☐ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other:

## Entry 4

**Date:** 12/1
M.  T.  W.  Th.  F.
Time: Start ___
End ___
Total Time ___

**Setting**
Location:
☑ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity: ___

**Antecedent (Trigger)**
☐ Denial of request
☑ Request from adult
☑ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:

**Behavior**
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☑ Work refusal
☐ Other:

**Consequence**
☐ Ignore
☐ Verbal Redirect
☐ Visual Prompt
☑ Safe Seat
☐ Removal from class
☐ Other:

AR 002224

# FBA Data Collection

PLEASE USE WHEN DISRUPTIVE BEHAVIOR IS PRESENTED (i.e. Noise making, talking to students, throwing papers, throwing supplies, talking loudly)

---

**Date:** 12/4
M. T. W. Th. F. _____
Time: Start _____
End _____
Total Time _____

**Setting**
Location:
- [ ] Classroom
- [ ] Hallway
- [ ] Lunchroom
- [ ] Specials
- [x] Outside
Activity: Library

**Antecedent (Trigger)**
- [ ] Denial of request
- [ ] Request from adult
- [x] Frustration over task
- [ ] Transition
- [ ] Peer interaction
- [ ] Other:

**Behavior**
- [ ] Noise making (screaming)
- [ ] Name calling
- [ ] Pushing/shoving work
- [ ] Aggression
- [ ] Elopement
- [x] Work refusal
- [x] Other: Not foll. direct

**Consequence**
- [ ] Ignore
- [x] Verbal Redirect
- [ ] Visual Prompt
- [ ] Safe Seat
- [ ] Removal from class
- [ ] Other:

---

**Date:** 12/4
M. T. W. Th. F. _____
Time: Start _____
End _____
Total Time _____

**Setting**
Location:
- [x] Classroom
- [ ] Hallway
- [ ] Lunchroom
- [ ] Specials
- [ ] Outside
Activity: AM Work

**Antecedent (Trigger)**
- [ ] Denial of request
- [ ] Request from adult
- [x] Frustration over task
- [ ] Transition
- [ ] Peer interaction
- [ ] Other:

**Behavior**
- [ ] Noise making (screaming)
- [ ] Name calling
- [ ] Pushing/shoving work
- [ ] Aggression
- [x] Elopement
- [ ] Work refusal
- [ ] Other:

**Consequence**
- [x] Ignore
- [ ] Verbal Redirect
- [ ] Visual Prompt
- [ ] Safe Seat
- [ ] Removal from class
- [ ] Other:

---

**Date:** 12/10
M. T. W. Th. F. _____
Time: Start _____
End _____
Total Time _____

**Setting**
Location:
- [x] Classroom
- [ ] Hallway
- [ ] Lunchroom
- [ ] Specials
- [ ] Outside
Activity: S.S.

**Antecedent (Trigger)**
- [x] Denial of request
- [ ] Request from adult
- [ ] Frustration over task
- [ ] Transition
- [ ] Peer interaction
- [ ] Other:

**Behavior**
- [ ] Noise making (screaming)
- [ ] Name calling
- [ ] Pushing/shoving work
- [ ] Aggression
- [ ] Elopement
- [ ] Work refusal
- [x] Other: not follow directions

**Consequence**
- [ ] Ignore
- [ ] Verbal Redirect
- [ ] Visual Prompt
- [ ] Safe Seat
- [ ] Removal from class
- [x] Other: processed about consequence

---

**Date:** 12/10
M. T. W. Th. F. _____
Time: Start _____
End _____
Total Time _____

**Setting**
Location:
- [x] Classroom
- [ ] Hallway
- [ ] Lunchroom
- [ ] Specials
- [ ] Outside
Activity:

**Antecedent (Trigger)**
- [x] Denial of request
- [ ] Request from adult
- [ ] Frustration over task
- [ ] Transition
- [ ] Peer interaction
- [ ] Other:

**Behavior**
- [ ] Noise making (screaming)
- [ ] Name calling
- [ ] Pushing/shoving work
- [ ] Aggression
- [ ] Elopement
- [ ] Work refusal
- [x] Other: Youth swung, teacher took

**Consequence**
- [ ] Ignore
- [x] Verbal Redirect
- [ ] Visual Prompt
- [ ] Safe Seat
- [ ] Removal from class
- [ ] Other:

AR 002225

# FBA Data Collection

PLEASE USE WHEN DISRUPTIVE BEHAVIOR IS PRESENTED (i.e. Noise making, talking to students, throwing papers, throwing supplies, talking loudly)

## Entry 1

Date: ___
M.  T.  W.  Th.  F.
Time: Start ___
End ___
Total Time ___

**Setting**
Location:
- [x] Classroom
- [ ] Hallway
- [ ] Lunchroom
- [ ] Specials
- [ ] Outside
Activity: ___

**Antecedent (Trigger)**
- [ ] Denial of request
- [ ] Request from adult
- [x] Frustration over task
- [ ] Transition
- [ ] Peer interaction
- [ ] Other:

**Behavior**
- [ ] Noise making (screaming)
- [ ] Name calling
- [ ] Pushing/shoving work
- [ ] Aggression
- [ ] Elopement
- [ ] Work refusal
- [ ] Other:

**Consequence**
- [ ] Ignore
- [x] Verbal Redirect
- [ ] Visual Prompt
- [ ] Safe Seat
- [ ] Removal from class
- [ ] Other:

## Entry 2

Date: 12/7
M.  T.  W.  Th.  F.
Time: Start ___
End ___
Total Time ___

**Setting**
Location:
- [x] Classroom
- [ ] Hallway
- [ ] Lunchroom
- [ ] Specials
- [ ] Outside
Activity: reading

**Antecedent (Trigger)**
- [ ] Denial of request
- [x] Request from adult
- [ ] Frustration over task
- [ ] Transition
- [ ] Other:

**Behavior**
- [ ] Noise making (screaming)
- [ ] Name calling
- [ ] Pushing/shoving work
- [ ] Aggression
- [ ] Elopement
- [x] Work refusal
- [ ] Other: not following directions in food was taken

**Consequence**
- [ ] Ignore
- [ ] Verbal Redirect
- [ ] Visual Prompt
- [ ] Safe Seat
- [ ] Removal from class
- [ ] Other: removal at rcms

## Entry 3

Date: 12/7
M.  T.  W.  Th.  F.
Time: Start ___
End ___
Total Time ___

**Setting**
Location:
- [x] Classroom
- [ ] Hallway
- [ ] Lunchroom
- [ ] Specials
- [ ] Outside
Activity: centers

**Antecedent (Trigger)**
- [ ] Denial of request
- [x] Request from adult
- [x] Frustration over task
- [ ] Transition
- [ ] Peer interaction
- [ ] Other:

**Behavior**
- [ ] Noise making (screaming)
- [ ] Name calling
- [ ] Pushing/shoving work
- [ ] Aggression
- [ ] Elopement
- [ ] Work refusal
- [x] Other: not allowing given time others

**Consequence**
- [x] Ignore
- [ ] Verbal Redirect
- [ ] Visual Prompt
- [ ] Safe Seat
- [ ] Removal from class
- [ ] Other:

## Entry 4

Date: 12/7
M.  T.  W.  Th.  F.
Time: Start ___
End ___
Total Time ___

**Setting**
Location:
- [ ] Classroom
- [ ] Hallway
- [ ] Lunchroom
- [x] Specials
- [ ] Outside
Activity: library

**Antecedent (Trigger)**
- [ ] Denial of request
- [ ] Request from adult
- [x] Frustration over task
- [ ] Transition
- [x] Peer interaction
- [ ] Other:

**Behavior**
- [x] Noise making (screaming)
- [ ] Name calling
- [ ] Pushing/shoving work
- [ ] Aggression
- [ ] Elopement
- [ ] Work refusal
- [ ] Other:

**Consequence**
- [ ] Ignore
- [ ] Verbal Redirect
- [ ] Visual Prompt
- [ ] Safe Seat
- [ ] Removal from class
- [ ] Other:

AR 002226

# FBA Data Collection

PLEASE USE WHEN DISRUPTIVE BEHAVIOR IS PRESENTED (i.e. Noise making, talking to students, throwing papers, throwing supplies, talking loudly)

## Entry 1

Date: 12/10
M.  T.  W.  Th.  F.
Time: Start____
End____
Total Time____

**Setting**

Location:
☐ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☒ Outside
Activity: recess

**Antecedent (Trigger)**
☐ Denial of request
☐ Request from adult
☐ Frustration over task
☐ Transition
☒ Peer interaction
☐ Other:

**Behavior**
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☒ Aggression  talking
☐ Elopement  sasseng
☐ Work refusal  w/ S___
☐ Other: ___

**Consequence**
☐ Ignore
☒ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☒ Other: processed ___

## Entry 2

Date: 12/10
M.  T.  W.  Th.  F.
Time: Start____
End____
Total Time____

**Setting**

Location:
☐ Classroom
☐ Hallway
☒ Lunchroom
☐ Specials
☐ Outside
Activity: reading

**Antecedent (Trigger)**
☐ Denial of request
☐ Request from adult
☒ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:

**Behavior**
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☐ Work refusal
☒ Other: ___

**Consequence**
☐ Ignore
☒ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other:

## Entry 3

Date: 12/11
M.  T.  W.  Th.  F.
Time: Start____
End____
Total Time____

**Setting**

Location:
☒ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity: reading

**Antecedent (Trigger)**
☐ Denial of request
☒ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:

**Behavior**
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☐ Work refusal
☒ Other: ___

**Consequence**
☐ Ignore
☐ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other:

## Entry 4

Date: 12/11
M.  T.  W.  Th.  F.
Time: Start____
End____
Total Time____

**Setting**

Location:
☐ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity: centers

**Antecedent (Trigger)**
☒ Denial of request
☐ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:

**Behavior**
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☒ Work refusal
☐ Other:

**Consequence**
☐ Ignore
☐ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other: given choices

AR 002227

# FBA Data Collection

PLEASE USE WHEN DISRUPTIVE BEHAVIOR IS PRESENTED (i.e. Noise making, talking to students, throwing papers, throwing supplies, talking loudly)

**Entry 1**

Date: 12/11
M.  T.  W.  Th.  F.
Time: Start____
End____
Total Time____

Setting
Location:
☒ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity: Math

Antecedent (Trigger)
☐ Denial of request
☒ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:____

Behavior
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☒ Work refusal
☐ Other:____

Consequence
☐ Ignore
☐ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☒ Other: given choices

**Entry 2**

Date: 12/12
M.  T.  W.  Th.  F.
Time: Start____
End____
Total Time____

Setting
Location:
☒ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity: reading

Antecedent (Trigger)
☐ Denial of request
☒ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:____

Behavior
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☐ Work refusal
☐ Other: sat at seat

Consequence
☐ Ignore
☐ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other:____

**Entry 3**

Date: 12/12
M.  T.  W.  Th.  F.
Time: Start____
End____
Total Time____

Setting
Location:
☒ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity: reading

Antecedent (Trigger)
☐ Denial of request
☒ Request from adult
☒ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:____

Behavior
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☐ Work refusal
☒ Other: Sat at seat

Consequence
☐ Ignore
☐ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other:____

**Entry 4**

Date: 12/12
M.  T.  W.  Th.  F.
Time: Start____
End____
Total Time____

Setting
Location:
☒ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity: Math

Antecedent (Trigger)
☒ Denial of request
☐ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:____

Behavior
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☒ Work refusal
☐ Other: sat at seat

Consequence
☐ Ignore
☐ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other:____

AR 002228

# FBA Data Collection

PLEASE USE WHEN DISRUPTIVE BEHAVIOR IS PRESENTED (i.e. Noise making, talking to students, throwing papers, throwing supplies, talking loudly)

---

**Date:** 12/13
M.  T.  W.  Th.  F.
Time: Start _____
End _____
Total Time _____

**Setting**
Location:
☐ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☒ Outside
Activity: _____

**Antecedent (Trigger)**
☐ Denial of request
☐ Request from adult
☐ Frustration over task
☐ Transition
☒ Peer interaction
☐ Other:

**Behavior**
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☒ Aggression  Playing rough
☐ Elopement
☐ Work refusal
☐ Other:

**Consequence**
☒ Ignore
☒ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other:

---

**Date:** 12/13
M.  T.  W.  Th.  F.
Time: Start _____
End _____
Total Time _____

**Setting**
Location:
☒ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity: _____

**Antecedent (Trigger)**
☐ Denial of request
☒ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:

**Behavior**
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☐ Work refusal
☒ Other: not following directions

**Consequence**
☒ Ignore
☐ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other:

---

**Date:** 12/14
M.  T.  W.  Th.  F.
Time: Start _____
End _____
Total Time _____

**Setting**
Location:
☐ Classroom
☐ Hallway
☐ Lunchroom
☒ Specials
☐ Outside
Activity: _____

**Antecedent (Trigger)**
☒ Denial of request
☐ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:

**Behavior**
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☐ Work refusal
☒ Other: not all direct

**Consequence**
☒ Ignore
☒ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other:

---

**Date:** 12/17
M.  T.  W.  Th.  F.
Time: Start _____
End _____
Total Time _____

**Setting**
Location:
☐ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity: _____

**Antecedent (Trigger)**
☐ Denial of request
☐ Request from adult
☐ Frustration over task
☐ Transition
☒ Peer interaction
☐ Other:

**Behavior**
☐ Noise making (screaming)
☐ Name calling
☒ Pushing/shoving work
☐ Aggression
☐ Elopement
☐ Work refusal
☐ Other:

**Consequence**
☐ Ignore
☐ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other:

AR 002229

# FBA Data Collection

PLEASE USE WHEN DISRUPTIVE BEHAVIOR IS PRESENTED (i.e. Noise making, talking to students, throwing papers, throwing supplies, talking loudly)

**Block 1**

Date: 2/11
M. T. W. Th. F.
Time: Start
End
Total Time

Setting — Location:
☑ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity: Math

Antecedent (Trigger)
☐ Denial of request
☑ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:

Behavior
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☐ Work refusal
☑ Other: Get off bx sofa

Consequence
☐ Ignore
☐ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other:

**Block 2**

Date: 1/7
M. T. W. Th. F.
Time: Start
End
Total Time

Setting — Location:
☑ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity: reading

Antecedent (Trigger)
☑ Denial of request
☑ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:

Behavior
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☐ Work refusal
☑ Other: laying on others, p follow Direct

Consequence
☐ Ignore
☑ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other: Sent to Direct

**Block 3**

Date: 1/7
M. T. W. Th. F.
Time: Start
End
Total Time

Setting — Location:
☑ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity: Centers

Antecedent (Trigger)
☐ Denial of request
☑ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:

Behavior
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☑ Work refusal
☐ Other: Allow Direct

Consequence
☐ Ignore
☐ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other:

**Block 4**

Date: 1/7
M. T. W. Th. F.
Time: Start
End
Total Time

Setting — Location:
☑ Classroom
☐ Hallway
☐ Lunchroom
☐ Specials
☐ Outside
Activity: Math

Antecedent (Trigger)
☐ Denial of request
☐ Request from adult
☐ Frustration over task
☐ Transition
☐ Peer interaction
☐ Other:

Behavior
☐ Noise making (screaming)
☐ Name calling
☐ Pushing/shoving work
☐ Aggression
☐ Elopement
☐ Work refusal
☐ Other: Sit by

Consequence
☐ Ignore
☐ Verbal Redirect
☐ Visual Prompt
☐ Safe Seat
☐ Removal from class
☐ Other:

AR 002230

# FBA Data Collection

PLEASE USE WHEN DISRUPTIVE BEHAVIOR IS PRESENTED (i.e. Noise making, talking to students, throwing papers, throwing supplies, talking loudly)

| | Setting | Antecedent (Trigger) | Behavior | Consequence |
|---|---|---|---|---|
| **Date:** 1/9<br>M. T. W. Th. F.<br>Time: Start ___<br>End ___<br>Total Time ___ | Location:<br>☐ Classroom<br>☐ Hallway<br>☐ Lunchroom<br>☐ Specials<br>☒ Outside<br>Activity: recess | ☐ Denial of request<br>☐ Request from adult<br>☐ Frustration over task<br>☒ Transition<br>☐ Peer interaction<br>☐ Other: | ☐ Noise making (screaming)<br>☐ Name calling<br>☐ Pushing/shoving work<br>☒ Aggression _playing rough_<br>☐ Elopement<br>☐ Work refusal<br>☐ Other: | ☐ Ignore<br>☐ Verbal Redirect<br>☐ Visual Prompt<br>☐ Safe Seat<br>☐ Removal from class<br>☐ Other: talked w/ teacher |
| **Date:** 1/10<br>M. T. W. Th. F.<br>Time: Start ___<br>End ___<br>Total Time ___ | Location:<br>☐ Classroom<br>☐ Hallway<br>☐ Lunchroom<br>☐ Specials<br>☐ Outside<br>Activity: Calendar | ☒ Denial of request<br>☐ Request from adult<br>☐ Frustration over task<br>☐ Transition<br>☐ Peer interaction<br>☐ Other: | ☐ Noise making (screaming)<br>☐ Name calling<br>☐ Pushing/shoving work<br>☐ Aggression<br>☐ Elopement<br>☐ Work refusal<br>☒ Other: not participating | ☒ Ignore<br>☐ Verbal Redirect<br>☐ Visual Prompt<br>☐ Safe Seat<br>☐ Removal from class<br>☐ Other: |
| **Date:** 1/10<br>M. T. W. Th. F.<br>Time: Start ___<br>End ___<br>Total Time ___ | Location:<br>☐ Classroom<br>☐ Hallway<br>☐ Lunchroom<br>☒ Specials<br>☒ Outside<br>Activity: PE | ☐ Denial of request<br>☒ Request from adult<br>☐ Frustration over task<br>☐ Transition<br>☐ Peer interaction<br>☐ Other: | ☐ Noise making (screaming)<br>☐ Name calling<br>☐ Pushing/shoving work<br>☐ Aggression<br>☐ Elopement<br>☐ Work refusal<br>☒ Other: they fell direct | ☐ Ignore<br>☒ Verbal Redirect<br>☐ Visual Prompt<br>☐ Safe Seat<br>☐ Removal from class<br>☐ Other: |
| **Date:** 1/11<br>M. T. W. Th. F.<br>Time: Start ___<br>End ___<br>Total Time ___ | Location:<br>☒ Classroom<br>☐ Hallway<br>☐ Lunchroom<br>☐ Specials<br>☐ Outside<br>Activity: math | ☐ Denial of request<br>☐ Request from adult<br>☐ Frustration over task<br>☒ Transition<br>☐ Peer interaction<br>☐ Other: | ☐ Noise making (screaming)<br>☐ Name calling<br>☒ Pushing/shoving work<br>☐ Aggression<br>☐ Elopement<br>☐ Work refusal<br>☐ Other: | ☐ Ignore<br>☐ Verbal Redirect<br>☐ Visual Prompt<br>☐ Safe Seat<br>☐ Removal from class<br>☒ Other: moved seats |

# FBA Data Collection

PLEASE USE WHEN DISRUPTIVE BEHAVIOR IS PRESENTED (i.e. Noise making, talking to students, throwing papers, throwing supplies, talking loudly)

**Entry 1**

Date: 1/14
M.  T.  W.  Th.  F.
Time: Start ____
End ____
Total Time ____

Setting
Location:
- ☒ Classroom
- ☐ Hallway
- ☐ Lunchroom
- ☐ Specials
- ☐ Outside
Activity: _____

Antecedent (Trigger)
- ☐ Denial of request
- ☐ Request from adult
- ☐ Frustration over task
- ☐ Transition
- ☐ Peer interaction
- ☐ Other:

Behavior
- ☐ Noise making (screaming)
- ☐ Name calling
- ☐ Pushing/shoving work
- ☐ Aggression
- ☐ Elopement
- ☐ Work refusal
- ☒ Other:

Consequence
- ☐ Ignore
- ☐ Verbal Redirect
- ☐ Visual Prompt
- ☐ Safe Seat
- ☐ Removal from class
- ☐ Other:

**Entry 2**

Date: 1/11
M.  T.  W.  Th.  F.
Time: Start ____
End ____
Total Time ____

Setting
Location:
- ☐ Classroom
- ☐ Hallway
- ☐ Lunchroom
- ☐ Specials
- ☒ Outside
Activity: recess

Antecedent (Trigger)
- ☐ Denial of request
- ☐ Request from adult
- ☐ Frustration over task
- ☐ Transition
- ☒ Peer interaction
- ☐ Other:

Behavior
- ☐ Noise making (screaming)
- ☐ Name calling
- ☒ Pushing/shoving work
- ☐ Aggression
- ☐ Elopement
- ☐ Work refusal
- ☐ Other:

Consequence
- ☐ Ignore
- ☐ Verbal Redirect
- ☐ Visual Prompt
- ☐ Safe Seat
- ☐ Removal from class
- ☐ Other:

**Entry 3**

Date: 1/11
M.  T.  W.  Th.  F.
Time: Start ____
End ____
Total Time ____

Setting
Location:
- ☒ Classroom
- ☐ Hallway
- ☐ Lunchroom
- ☐ Specials
- ☐ Outside
Activity: _____

Antecedent (Trigger)
- ☒ Denial of request
- ☐ Request from adult
- ☐ Frustration over task
- ☐ Transition
- ☐ Peer interaction
- ☐ Other:

Behavior
- ☐ Noise making (screaming)
- ☐ Name calling
- ☐ Pushing/shoving work
- ☐ Aggression
- ☐ Elopement
- ☒ Work refusal
- ☐ Other:

Consequence
- ☐ Ignore
- ☐ Verbal Redirect
- ☐ Visual Prompt
- ☐ Safe Seat
- ☐ Removal from class
- ☐ Other:

**Entry 4**

Date: 1/11
M.  T.  W.  Th.  F.
Time: Start ____
End ____
Total Time ____

Setting
Location:
- ☐ Classroom
- ☐ Hallway
- ☐ Lunchroom
- ☒ Specials
- ☐ Outside
Activity: music

Antecedent (Trigger)
- ☒ Denial of request
- ☐ Request from adult
- ☐ Frustration over task
- ☐ Transition
- ☐ Peer interaction
- ☐ Other:

Behavior
- ☐ Noise making (screaming)
- ☐ Name calling
- ☐ Pushing/shoving work
- ☐ Aggression
- ☐ Elopement
- ☐ Work refusal
- ☒ Other:

Consequence
- ☐ Ignore
- ☐ Verbal Redirect
- ☐ Visual Prompt
- ☐ Safe Seat
- ☐ Removal from class
- ☐ Other:

AR 002232

# FBA Data Collection

PLEASE USE WHEN DISRUPTIVE BEHAVIOR IS PRESENTED (i.e. Noise making, talking to students, throwing papers, throwing supplies, talking loudly)

*[handwritten note:] 3 days / 41 days*

| Setting | Antecedent (Trigger) | Behavior | Consequence |
|---|---|---|---|
| Date: _1/18_ <br> M. T. W. Th. F. <br> Time: Start ___ <br> End ___ <br> Total Time ___ <br><br> Location: <br> ☑ Classroom <br> ☐ Hallway <br> ☐ Lunchroom <br> ☐ Specials <br> ☐ Outside <br> Activity: _calendar_ | ☐ Denial of request <br> ☐ Request from adult <br> ☐ Frustration over task <br> ☐ Transition <br> ☐ Peer interaction <br> ☐ Other: ___ | ☐ Noise making (screaming) <br> ☐ Name calling <br> ☐ Pushing/shoving work <br> ☐ Aggression <br> ☐ Elopement <br> ☑ Work refusal <br> ☑ Other: _Sat out start_ | ☐ Ignore <br> ☐ Verbal Redirect <br> ☐ Visual Prompt <br> ☐ Safe Seat <br> ☐ Removal from class <br> ☐ Other: ___ |
| Date: ___ <br> M. T. W. Th. F. <br> Time: Start ___ <br> End ___ <br> Total Time ___ <br><br> Location: <br> ☐ Classroom <br> ☐ Hallway <br> ☐ Lunchroom <br> ☐ Specials <br> ☐ Outside <br> Activity: ___ | ☐ Denial of request <br> ☐ Request from adult <br> ☐ Frustration over task <br> ☐ Transition <br> ☐ Peer interaction <br> ☐ Other: ___ | ☐ Noise making (screaming) <br> ☐ Name calling <br> ☐ Pushing/shoving work <br> ☐ Aggression <br> ☐ Elopement <br> ☐ Work refusal <br> ☐ Other: ___ | ☐ Ignore <br> ☐ Verbal Redirect <br> ☐ Visual Prompt <br> ☐ Safe Seat <br> ☐ Removal from class <br> ☐ Other: ___ |
| Date: ___ <br> M. T. W. Th. F. <br> Time: Start ___ <br> End ___ <br> Total Time ___ <br><br> Location: <br> ☐ Classroom <br> ☐ Hallway <br> ☐ Lunchroom <br> ☐ Specials <br> ☐ Outside <br> Activity: ___ | ☐ Denial of request <br> ☐ Request from adult <br> ☐ Frustration over task <br> ☐ Transition <br> ☐ Peer interaction <br> ☐ Other: ___ | ☐ Noise making (screaming) <br> ☐ Name calling <br> ☐ Pushing/shoving work <br> ☐ Aggression <br> ☐ Elopement <br> ☐ Work refusal <br> ☐ Other: ___ | ☐ Ignore <br> ☐ Verbal Redirect <br> ☐ Visual Prompt <br> ☐ Safe Seat <br> ☐ Removal from class <br> ☐ Other: ___ |
| Date: ___ <br> M. T. W. Th. F. <br> Time: Start ___ <br> End ___ <br> Total Time ___ <br><br> Location: <br> ☐ Classroom <br> ☐ Hallway <br> ☐ Lunchroom <br> ☐ Specials <br> ☐ Outside <br> Activity: ___ | ☐ Denial of request <br> ☐ Request from adult <br> ☐ Frustration over task <br> ☐ Transition <br> ☐ Peer interaction <br> ☐ Other: ___ | ☐ Noise making (screaming) <br> ☐ Name calling <br> ☐ Pushing/shoving work <br> ☐ Aggression <br> ☐ Elopement <br> ☐ Work refusal <br> ☐ Other: ___ | ☐ Ignore <br> ☐ Verbal Redirect <br> ☐ Visual Prompt <br> ☐ Safe Seat <br> ☐ Removal from class <br> ☐ Other: ___ |

AR 002233

# FBA Observation

Student: AB  WW

Observer: Wiseman

| Date/Time Subject | Behaviors | Predictors/Triggers: Demand/Request | Difficult Task | Transition | Item Restriction | Attention Restriction | Interruption | Told No | Conflict with Peer | Other | Perceived Function — Obtain: Attention | Item | Sensory | Other | Escape: Attention | Demand | Sensory | Other | Consequence: Offered Choice | Reprimand | Discussion | Remove Item | Ignore | Gave attention to others | Time-out | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reading 10:00am 9/20/18 10:45 PE | Direction Following | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10:20 | calored until 10:20 | 1 No redirection given reading centers | | | | | | | | | | | | | 1 | | | | | 1 (Redirect) | | | | | | |
| 10:40 | reading station | 1 what to get book & read? given choices | | | | | | | | | | | | | | 1 | | | | | | | | | | choice of activity & seat |
| 10:48 | PE | Teacher allowed him to bring coloring sheet – so not particip. | | | | | | | | | | | | | | | | | | | | | | | | |

AR 002234

_____ Atticus _____   Daily Behavior Report

| Date: 9-12 Schedule | Earned Check (Y/N) | Think Sheet (Y/N) | Comments – Description of Incident |
|---|---|---|---|
| Arrival | Y | – | |
| Morning Work | Y | – | sat at seat |
| ~~Calendar~~ small group reading | Y | – | good report - he is not engaged with the group but he is not disruptive |
| Reward | Y | – | |
| Snack | Y | – | |
| Recess | Y | – | |
| Reading | Y | – | did not want to transition out of reward/break time, chose seat eventually→ knocked over crayons but cleaned up |
| Specials Art | Y | – | |
| Reward | Y | – | |
| Lunch | Y | – | |
| Math | N | – | then threw paper & crayons was doing great & threw clothes in art center when told he could not use my crayons |
| Recess | Y | – | |
| Reward | Y | – | |
| Sci/SS | Y/N | – | refused to clean up thrown things→ sent to Mrs. Flint's room → after 5 min. he came back in & then cleaned areas |
| Center | Y | – | played with legos |
| Stack & Pack | Y | – | cleaned my art table to perfection! |
| Reward | Y | – | |
| Dismissal | Y | – | |

Target Behavior: Direction following- The student will complete a given direction with no more than 4 verbal prompts.

AR 002235

___Atticus___ Daily Behavior Report

| Date: 10-3 Schedule | Earned Check (Y/N) | Think Sheet (Y/N) | Comments – Description of Incident |
|---|---|---|---|
| Arrival | Y | – | put things away |
| Morning Work | Y | – | sat at seat |
| Calendar | Y | – | sat at seat |
| Reward | Y | – | |
| Snack | Y | – | |
| Recess | Y | – | |
| Reading | Y | – | |
| Specials | | | attached |
| Reward | Y | – | |
| Lunch | Y | – | |
| Math | N | – | given break time/after cleaned up he began wandering + started to play in kitchen |
| Recess | Y | – | |
| Reward | Y | – | Another student crawled over Atticus + bumped his nose. |
| Sci/SS | Y | – | sat at seat |
| Center | Y | – | played in kitchen |
| Stack & Pack | Y | – | |
| Reward | Y | – | |
| Dismissal | Y | | |

Target Behavior: Direction following- The student will complete a given direction with no more than 4 verbal prompts.

AR 002236

# Whole Body Listening



Created by C. Simco 2015

AR 002237

Atticus _____ **Daily Behavior Report**

| Date: 9-13 Schedule | Earned Check (Y/N) | Think Sheet (Y/N) | Comments – Description of Incident |
|---|---|---|---|
| Arrival | Y | – | put things away |
| Morning Work | Y | – | sat at seat |
| Calendar Reading | Y | – | |
| Reward | Y | – | |
| Snack | Y | – | |
| Recess | Y | – | |
| Reading | Y | – | had break time/cleaned up with help of friend + then sat at teachers table with istation during |
| Specials | N | – | told he was throwing pillows centers + running around |
| Reward | Y | – | |
| Lunch | Y | – | |
| Math | Y/N | – | chose to sit at window + draw |
| Recess | Y | – | |
| Reward | Y | – | |
| Sci/SS | Y | – | watched our video about mammals + sat at seat |
| Center | Y | – | |
| Stack & Pack | Y | – | got backpack |
| Reward | Y | – | |
| Dismissal | Y | – | |

Target Behavior: Direction following- The student will complete a given direction with no more than 4 verbal prompts.

AR 002238

Atticus _____ Daily Behavior Report

Grade K
Unit 1

| Schedule | Earned Check (Y/N) | Think Sheet (Y/N) | Comments – Description of Incident |
|---|---|---|---|
| Date: 9-28 | | | |
| Arrival | Y | – | came in + put things away |
| Morning Work | Y | – | Sat at seat + did part of morning work |
| Calendar Small group reading | Y | – | |
| Reward | Y | – | |
| Snack | Y | – | |
| Recess | Y | – | played with Noah |
| Reading | N | – | continued to get out of seat + be a distraction |
| Specials | | | see attached |
| Reward | Y | – | |
| Lunch | Y | – | |
| Math | N | – | would not sit in chosen seat + was shouting out → sent to buddy room |
| Recess | Y | – | |
| Reward | Y | – | |
| Sci/SS | Y | – | |
| Center | Y | – | played with legos |
| Stack & Pack | Y | – | |
| Reward | Y | – | |
| Dismissal | Y | – | |

Target Behavior: Direction following- The student will complete a given direction with no more than 4 verbal prompts.

AR 002239

Atticus _____ Daily Behavior Report

| Date: 10-2. | Earned Check (Y/N) | Think Sheet (Y/N) | Comments – Description of Incident |
|---|---|---|---|
| **Schedule** | | | |
| Arrival | Y | – | put things away |
| Morning Work | Y | – | sat at seat and did work |
| Calendar | Y | – | sat at seat |
| Reward | Y | – | |
| Snack | Y | – | |
| Recess | Y | – | played with Noah |
| Reading | Y | – | went to small group reading |
| Specials | | | + then earned 5 min iPad time attached |
| Reward | Y | – | |
| Lunch | Y | – | |
| ~~Math~~ Spanish | | | attached |
| Recess | Y | – | |
| Reward | Y | – | |
| ~~Sci/SS~~ Math | Y | – | sat at seat + drew picture on work |
| Center | Y | – | |
| Stack & Pack | Y | – | got back pack when asked |
| Reward | Y | – | |
| Dismissal | Y | – | |

Target Behavior: Direction following- The student will complete a given direction with no more than 4 verbal prompts.

_____ Atticus _____ Daily Behavior Report

| Date: 9-26 Schedule | Earned Check (Y/N) | Thick Sheet (Y/N) | Comments – Description of incident |
|---|---|---|---|
| Arrival | Y | — | put things away |
| Morning Work | Y | — | was wandering but then sat in his seat & did work |
| Calendar | Y | — | wrote & drew in his I can.. book |
| Reward | Y | — | |
| Snack | Y | — | |
| Recess | Y | — | played with Asher |
| Reading | YN | — | he sat in his seat & worked on I can book but did not |
| Specials | Y | — | Participate in literacy centers |
| Reward | Y | — | |
| Lunch | Y | — | |
| ~~Math~~ Spanish | Y | — | |
| Recess | Y | — | |
| Reward | Y | — | |
| ~~Sci/SS~~ Math | Y | — | Sat at seat |
| Center | Y | | |
| Stack & Pack | Y | — | got backpack |
| Reward | Y | | |
| Dismissal | Y | — | |

Target Behavior: Direction following- The student will complete a given direction with no more than 4 verbal prompts.

AR 002241

_____Atticus_____ Daily Behavior Report

| Date: 9-24 Schedule | Earned Check (Y/N) | Think Sheet (Y/N) | Comments – Description of Incident |
|---|---|---|---|
| Arrival | Y | – | Came in & put things away |
| Morning Work | Y N | – | Sat at seat but crossed out morning work |
| Calendar | Y | – | Sat on floor for a little, but then was crawling so sat at seat |
| Reward | Y | | |
| Snack | Y | – | |
| Recess | Y | | Was swining water bottle at others but stopped when told |
| Reading | Y N | – | Sat at seat but would not participate in literacy centers |
| Specials | Y | – | |
| Reward | Y | | |
| Lunch | Y | – | |
| Math | Y N | – | he chose to sit at the window but would not do the math work |
| Recess | Y | – | |
| Reward | Y | – | |
| Sci/SS | Y | – | Sat and watched our video about senses & sat in seat for discussion activity |
| Center | Y | – | he did a great job cleaning! |
| Stack & Pack | Y | – | got his backpack right when asked |
| Reward | Y | – | |
| Dismissal | Y | – | |

Target Behavior: Direction following- The student will complete a given direction with no more than 4 verbal prompts.

✓ _____ Atticus _____ Daily Behavior Report

| Schedule | Earned Check (Y/N) | Think Sheet (Y/N) | Comments – Description of Incident |
|---|---|---|---|
| Date: 9-12 | | | |
| Arrival | Y | – | |
| Morning Work | Y | – | |
| Calendar small group reading | Y | – | sat at seat |
| Reward | Y | – | good report - he is not engaged with the group but he is not disruptive |
| Snack | Y | – | |
| Recess | Y | – | |
| Reading | Y | – | did not want to transition out of reward/break time, chose seat eventually → knocked over crayons but cleaned up |
| Specials Art | Y | – | |
| Reward | Y | – | |
| Lunch | Y | – | |
| Math | N | – | was doing great then threw paper & threw crayons clothes in art center when told he could not use my crayons |
| Recess | Y | – | |
| Reward | Y | – | |
| Sci/SS | Y/N | – | refused to clean up thrown things → sent to Mrs. Flint's room → after 5 min. he came back in & then cleaned areas |
| Center | Y | – | played with legos |
| Stack & Pack | Y | – | |
| Reward | Y | – | |
| Dismissal | Y | – | |

Target Behavior: Direction following- The student will complete a given direction with no more than 4 verbal prompts.

AR 002243

SMSD 010110
JE-1, page 678

_____ Atticus _____ Daily Behavior Report

| Schedule | Date: 9-25 Earned Check (Y/N) | Think Sheet (Y/N) | Comments – Description of Incident |
|---|---|---|---|
| Arrival | Y | – | came in & put things away |
| Morning Work | Y | – | I gave him some lego time to cool down |
| Calendar Writing | Y | – | break from snack giving! He wrote in his I can book & drew pictures |
| Reward | Y | – | |
| Snack | Y | – | |
| Recess | Y/N | – | |
| Reading | Y/N | – | in beginning, he was building a fort & when told he needed to clean it Sat at table/did not participate in literacy centers he threw items → sent to Mrs. Flint |
| Specials | Y | – | |
| Reward | Y | – | |
| Lunch | Y | – | |
| Math | Y | – | sat at seat & then did part of math WS at teacher table |
| Recess | Y | – | |
| Reward | Y | – | |
| Sci/SS | Y | – | |
| Center 6th grade buddies | Y | – | Did senses centers with 6th grade buddy, Burke |
| Stack & Pack | Y | – | got backpack when asked |
| Reward | Y | – | |
| Dismissal | Y | – | |

Target Behavior: Direction following- The student will complete a given direction with no more than 4 verbal prompts.

AR 002244

EPSON
Power
Help
Vol−
Enter/Auto
Vol+
Freeze
E-Zoom
A/V Mute

AR 002245

Atticus

**Clipboard Sheet**

**Today's Goal:** Follow given directions

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|---|---|---|---|---|
| PE | No | No | RAV | Atticus typically does his own thing. |
| MUSIC | | | | |
| ART | Yes | No | JRD | Atticus struggles with focusing |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

| | | | |
|---|---|---|---|
| Reward | Y | – | |
| Lunch | Y | – | |
| Math / Spanish | | | attached |

## Clipboard Sheet

**Today's Goal:** Follow given directions

Reading | Atticus

materials | attached

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|---|---|---|---|---|
| PE | NO | NO | RAV | Atticus struggles to follow directions |
| MUSIC | | | | |
| ART | | | | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER →Spanish | | | | |

AR 002246

SHAWNEE MISSION

Atticus _____ Daily Behavior Report

| Date: 10-1 Schedule | Earned Check (Y/N) | Think Sheet (Y/N) | Comments – Description of Incident |
|---|---|---|---|
| Arrival | Y | — | |
| Morning Work | N | — | sat at seat but did not complete work |
| Calendar | Y | — | chose to sit by window |
| Reward | Y | — | |
| Snack | Y | — | |
| Recess | Y | — | played with Noah |
| Reading | Y | — | sat at seat & then went to small group reading |
| Specials | | | attached |
| Reward | Y | — | |
| Lunch | Y | — | |
| Math | Y | — | given LEGO time to take break → needed multiple clean up prompts |
| Recess | Y | — | when timer went off → he then sat at seat |
| Reward | Y | — | |
| Sci/SS | Y | — | |
| Center | Y | — | played in kitchen |
| Stack & Pack | Y | — | |
| Reward | Y | — | |
| Dismissal | Y | — | |

Target Behavior: Direction following- The student will complete a given direction with no more than 4 verbal prompts.

_____ Atticus _____ Daily Behavior Report

| Date: 10-5  Schedule | Earned Check (Y/N) | Think Sheet (Y/N) | Comments – Description of Incident |
|---|---|---|---|
| Arrival | Y | — | put things away |
| Morning Work | X N | — | sat at seat but ripped morning work |
| Calendar | N | — | Was wandering around and distracting other classmates |
| Reward | Y | — | |
| Snack | Y | — | |
| Recess | Y | — | had indoor recess |
| Reading | N | — | Was at art center & after told 4 times to clean up, he went to dress up things |
| Specials | | | attached |
| Reward | Y | — | |
| Lunch | Y | — | |
| Math | N | — | continued to get out of seat & disrupt others → sent to buddy room |
| Recess | Y | — | |
| Reward | Y | — | |
| Sci/SS | Y | — | |
| Center | Y | — | played with cars |
| Stack & Pack | Y | — | got back pack & packed up |
| Reward | Y | — | |
| Dismissal | Y | — | |

*(margin note by Specials/Reading row)* + was wandering around room

**Target Behavior:** Direction following- The student will complete a given direction with no more than 4 verbal prompts.

AR 002248

_____ Atticus _____   Daily Behavior Report

| Date: 9-18<br><br>Schedule | Earned Check (Y/N) | Think Sheet (Y/N) | Comments – Description of Incident |
|---|---|---|---|
| Arrival | Y | – | |
| Morning Work | N | – | Was crawling around and cut morning work into mask |
| Calendar | N | – | Was crawling around and sat in seat after ~~prompts~~ prompts |
| Reward | N | – | |
| Snack | Y | – | |
| Recess | Y | – | |
| Reading | Y | – | Sat at seat and worked at istation |
| Specials Art | N | Y | sent to office for being disruptive |
| Reward | Y | – | |
| Lunch | Y | – | |
| Math | N | | crawling around & threw hats → sent to Mrs Flint's → came back & cleared up |
| Recess | Y | – | |
| Reward | Y | – | |
| Sci/SS | N | – | crawling around & threw legos → sent to Mrs. Flint's room-came back & sat at seat |
| Center | N | – | → later he was pushing chairs over & calling others "idiots & losers" → sent to office |
| Stack & Pack | | | |
| Reward | | | |
| Dismissal | | | |

Target Behavior: Direction following- The student will complete a given direction with no more than 4 verbal prompts.

AR 002249

✓ _____Atticus_____ **Daily Behavior Report**

| Date: 10-15 Schedule | Earned Check (Y/N) | Think Sheet (Y/N) | Comments – Description of Incident |
|---|---|---|---|
| Arrival | Y | — | |
| Morning Work | Y | — | sat at seat & did morning work |
| Calendar | Y | — | sat at seat |
| Reward | Y | — | |
| Snack | Y | — | |
| Recess | Y | — | |
| Reading | Y | — | went to small group→ came back & looked at book |
| Specials | | | attached |
| Reward | Y | — | to earn drawing time |
| Lunch | Y | — | |
| ~~Math~~ Spanish | Y | — | substitute teacher → good report |
| Recess | Y | — | a 2nd grader hurt his feelings |
| Reward | Y | — | |
| ~~Sci/SS~~ Math | Y/N | — | drew on work & sat at seat |
| Center | Y | — | played at art center |
| Stack & Pack | Y | — | |
| Reward | Y | — | |
| Dismissal | Y | — | |

Target Behavior: Direction following- The student will complete a given direction with no more than 4 verbal prompts.

Atticus

## Clipboard Sheet

**Today's Goal:** Follow given directions

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|--------|---------|------------------|----------|
| PE | N~~o~~ | N~~o~~ | Mrs. | Did not follow directions or stay on task |
| MUSIC | Yes | Yes | | |
| ART / Spanish | | | | a little bit of trouble but good |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

Vasquez

Reward

K

AR 002251

**Clipboard Sheet** Atticus

**Today's Goal:** Follow given directions

| Time | Follows Directions | On Task | Teacher Initials | Comments |
|------|------|------|------|----------|
| PE | | | | |
| MUSIC | ✓ | ✓ | MV | |
| ART | | | | |
| LIBRARY | | | | |
| LUNCH | | | | |
| RECESS | | | | |
| OTHER | | | | |

| | | |
|------|---|---|
| Reward | Y | – |
| Lunch | Y | – |

given break time/after clecnce
...een wandering + start...

AR 002252

✓ _____ Atticus _____ Daily Behavior Report

| Date: 10-9 | Earned Check (Y/N) | Think Sheet (Y/N) | Comments – Description of Incident |
|---|---|---|---|
| Arrival | Y | — | |
| Morning Work | Y | — | Sat at seat and did morning work |
| Calendar | Y | — | Sat at seat for a drawing break & then sat at sit spot |
| Reward | Y | — | |
| Snack | Y | — | |
| Recess | Y | — | indoor recess → played cars with Noah |
| Reading | Y | — | Went to small group reading & then listened to stories with group |
| Specials | | | attached |
| Reward | Y | — | |
| Lunch | Y | — | |
| ~~Math~~ Spanish | | | attached |
| Recess | Y | — | |
| Reward | Y | — | |
| ~~Sci/SS~~ Math | X N | — | Sat at seat & started work but then ripped it up |
| Center | Y | — | |
| Stack & Pack | Y | — | |
| Reward | Y | — | |
| Dismissal | Y | — | |

Target Behavior: Direction following- The student will complete a given direction with no more than 4 verbal prompts.

AR 002253

_____ Atticus _____ Daily Behavior Report

| Date: 9-21 Schedule | Earned Check (Y/N) | Think Sheet (Y/N) | Comments – Description of Incident |
|---|---|---|---|
| Arrival | Y | – | came in put things away |
| Morning Work | Y | – | sat at seat & did all of morning work! |
| ~~Calendar~~ Small Group Reading | Y | – | played rhyming game |
| Reward | Y | – | had lego time |
| Snack | Y | – | |
| Recess | Y | – | |
| Reading | Y | – | sat at seat and drew and used istation |
| Specials Music | Y | – | was where he was supposed to be and sang with the group! |
| Reward | Y | – | |
| Lunch | Y | – | |
| Math | Y | – | worked on zearn and drew at seat |
| Recess | Y | – | |
| Reward | Y | – | |
| Sci/SS | Y | – | |
| Center | Y | – | Played cars with Noah |
| Stack & Pack | Y | – | backed up all things |
| Reward | Y | – | |
| Dismissal | Y | – | |

Target Behavior: Direction following- The student will complete a given direction with no more than 4 verbal prompts.

He had a great dgay ☺

AR 002254

✓

_____ Atticus _____ Daily Behavior Report

| Date: 10-4<br><br>Schedule | Earned Check (Y/N) | Think Sheet (Y/N) | Comments – Description of Incident |
|---|---|---|---|
| Arrival | Y | – | Put things away |
| Morning Work | Y | – | sat at seat and did work |
| Calendar | Y | – | Sat at seat |
| Reward | Y | – | |
| Snack | Y | – | |
| Recess | N | – | he spit on another student, hit another student with a stick, |
| Reading | Y | – | Went to small group reading |
| Specials | Y | – | & then had iPad time with ABC apps |
| Reward | Y | – | |
| Lunch | Y | – | |
| Math | Y | – | Sat at seat |
| Recess | Y | – | played soccer with 6th grade buddy |
| Reward | | | |
| Sci/SS | Y | – | colored himself at seat |
| Center | Y | – | |
| Stack & Pack | Y | | |
| Reward | Y | – | |
| Dismissal | Y | | |

**Target Behavior:** Direction following- The student will complete a given direction with no more than 4 verbal prompts.

AR 002255

Westwood View Elementary
Class Roster 2019

| | | | ROOM | TERMS | PD | DAYS |
|---|---|---|---|---|---|---|
| | | | 02 | 1-4 | 1 | MTWRF |
| | | | | 1-4 | 2 | MTWRF |

1scsch42.P 96-4
05.18.06.00.06-11.7

| | | BLD | |
|---|---|---|---|
| -/002. KINDERGARTEN | TEACHER | 101 | |
| | S Specker | 101 | |
| | S Specker | | |

✓

_____ Atticus _____ Daily Behavior Report

| Date: 9-14 Schedule | Earned Check (Y/N) | Think Sheet (Y/N) | Comments – Description of Incident |
|---|---|---|---|
| Arrival | Y | – | came in + put things away |
| Morning Work | Y | – | He did amazing! Sat + did all |
| Calendar | Y | – | of his work and turned it in. went to reading + then |
| Reward | Y | – | sat at seat and drew |
| Snack | Y | – | |
| Recess | Y | – | |
| Reading | Y | – | had break time + then sat at seat + then free choice lit. center |
| Specials | Y | – | |
| Reward | Y | – | |
| Lunch | Y | – | |
| Math | | | |
| Recess | | | |
| Reward | | | |
| Sci/SS | | | Half |
| Center | | | Day |
| Stack & Pack | | | |
| Reward | | | |
| Dismissal | | | |

Target Behavior: Direction following- The student will complete a given direction with no more than 4 verbal prompts.

AR 002256

SMSD 003391

I love to learn, play, and draw at Briarwood Elementary. My classmates and teachers love to see me at school!



AR 002257

SMSD 003392

# Sometimes I feel angry, nervous, or shy at school.



AR 002258

SMSD 003393

When I feel angry, nervous, or shy I can do something to make me feel better. I can take a break, get a drink, talk to a grown-up, or draw a picture.

  

AR 002259

JE-1, page 695
SMSD 003394

I need to draw safe pictures. I cannot draw a picture of a bomb or TNT. Those are not safe pictures. They make people feel unsafe.





AR 002260

JE-1, page 696
SMSD 003395

Mr. Lash and Ms. Ruble say I cannot draw unsafe pictures at school, because their job is help kids learn and stay safe.



AR 002261

JE-1, page 697
SMSD 003396

If I draw an unsafe picture, I will have to do a Think Sheet or sit in the office. If I make a safe picture, everyone is happy and proud of my work. I feel proud of my work too when it is safe. My safe pictures are beautiful and people love to look at them.





AR 002262

SMSD 003397

I can be safe at school. I can stop and think before I act.



AR 002263



# ISIP™ Early Reading results for Beer, Atticus
## KINDERGARTEN HR-HoffmanE, School Year 2018 / 2019 – Kindergarten

**Program Overview**

**Current Reading Program Cycle:** 0
**Last Date Used:** Fri Sep 28 2018 10:30:31 AM (-05:00)

**Program Usage (hours):** 1.8
**Lexile Student Measure:** n/a

### Istation's Indicators of Progress (ISIP™)

**Results as of the most recent assessment taken** (September): The Student Summary Handout Report shows how your child is performing in all the different skill areas on Istation's ISIP assessment. ISIP measures your child's ability in all critical areas of reading. Ability scores are used to show reading growth throughout the school year.

Overall Reading: **Tier 3:** At significant risk of not meeting grade level expectations.
**Grade Equivalent:** Pre-K



**Ability Index for September: 169**

**Percentile Rank:** Better than or equal to **17%** of students who took this test in September.



**Score for September: 168**

**Percentile Rank:** Better than or equal to **27%** of students who took this test in September.



**Ability Index for September: 173**

**Percentile Rank:** Better than or equal to **21%** of students who took this test in September.



**Ability Index for September: 164**

**Percentile Rank:** Better than or equal to **11%** of students who took this test in September.



**Ability Index for September: 169**

**Percentile Rank:** Better than or equal to **5%** of students who took this test in September.

**AR 002264**

BEERCD000349
**JE-1, page 699**

## Priority Report Overview (Beer, Atticus)

| Reason Listed on Priority Report | Status | Date Listed | Intervention Delivered | Delivered By |
|---|---|---|---|---|
| ISIP Early Reading: Phonemic Awareness | ✗ | Thu Sep 6 2018 | – | – |
| ISIP Early Reading: Vocabulary | ✗ | Wed Sep 5 2018 | – | – |
| ISIP Early Reading: Letter Knowledge | ✗ | Wed Sep 5 2018 | – | – |
| ISIP Early Reading: Listening Comprehension | ⬯ | Wed Sep 5 2018 | – | – |
| Excessive Logouts/Idle Time | ✗ | Fri Aug 31 2018 | – | – |

### Legend

▼ Some Difficulty — Student is demonstrating some weakness with this skill

⬯ Ongoing Difficulty — Student is continuing to demonstrate some weakness with this skill

✗ Struggling — Student is demonstrating significant weakness with this skill

✗ Ongoing Struggles — Student is continuing to demonstrate significant weakness with this skill

AR 002265

JA

# SOCIALLY SAVVY CHECKLIST

| OBSERVATION | DATE | EVALUATOR | OBSERVATION SETTING(S) | LENGTH OF OBSERVATION(S) |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

For each item, use the following rating scale to indicate the strength of each skill. Ratings should be based on direct observation of the child in small- and large-group social situations. The evaluator completing the Socially Savvy Checklist should have observed the child in a social setting for at least a two-week period and the ratings should be based on observations of the child in this environment.

Rating System: 0 = rarely or never demonstrates this skill; 1 = has demonstrated this skill but only on a few occasions; 2 = can demonstrate this skill but does not do so consistently; 3 = consistently demonstrates this skill; and N/A = not applicable due to setting or because child compensates in other ways.

| | JOINT ATTENDING | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| JA 1 | Orients (e.g., looks or makes a related response) when an object is presented | | | ✓ | |
| JA 2 | Repeats own behavior to maintain social interaction | | ✓ | | |
| JA 3 | Repeats action with toy to maintain social interaction | | | ✓ | |
| JA 4 | Uses eye gaze to maintain social interaction (i.e., looks directly at the other person's face for at least one second multiple times throughout the interaction) | | ✓ | | |
| JA 5 | Follows point or gesture to objects | | | ✓ | |
| JA 6 | Follows eye gaze to objects | | | ✓ | |
| JA 7 | Shows others objects and makes eye contact to share interest | | | ✓ | |
| JA 8 | Points to objects and makes eye contact to share interest | | | ✓ | |
| JA 9 | Comments on what self or others are doing (e.g., "I am (action).") | | | ✓ | |
| | | | | | |
| | | | | | |
| | | | | | |

AR 002266

SP

| | SOCIAL PLAY | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| SP 1 | Engages in social interactive games (e.g., Peek-a-Boo, tickling game) | | ✓ | | |
| SP 2 | Plays parallel for five to ten minutes, close to peers with close-ended toys (e.g., puzzles, shape sorters) | | | ✓ | |
| SP 3 | Plays parallel for five to ten minutes, close to peers with open-ended toys (e.g., blocks, trucks, LEGOs) | | | ✓ | |
| SP 4 | Shares toys/materials (e.g., allows others to play with materials, gives materials when asked) | | ✓ | | |
| SP 5 | Plays cooperatively (gives and takes directions from peer) for five to ten minutes with close-ended toys (e.g., puzzles, shape sorters) | | ✓ | | |
| SP 6 | Plays cooperatively (gives and takes directions from peer) for five to ten minutes with open-ended toys (e.g., blocks, trucks, LEGOs) | | ✓ | | |
| SP 7 | Takes turns as part of a structured game and sustains attention until completion of the game | | ✓ | | |
| SP 8 | Plays outdoor games with a group until the completion of the activity (e.g., Duck-Duck-Goose, Red Rover) | | | ✓ | |
| SP 9 | Stops action when requested by a peer | | ✓ | | |
| SP 10 | Ends structured play/game with peer appropriately | | ✓ | | |
| SP 11 | Takes a role in an imaginative play theme and sustains it, both verbally and nonverbally, for up to three to five actions (e.g., restaurant, doctor, firefighter) | | | ✓ | |
| SP 12 | Trades toys/materials (e.g., participates in negotiation to swap paint colors during an art project) | | | ✓ | |
| SP 13 | Invites peer to play in a preferred activity | | ✓ | | |
| SP 14 | Approaches peers and appropriately joins in the ongoing activity | | ✓ | | |
| SP 15 | Accepts invitation to play in an activity of peer's choice | | | ✓ | |
| SP 16 | Accepts losing games or getting called "out" | | | ✓ | |

Social Play continued on next page

*Socially Savvy: An Assessment and Curriculum Guide for Young Children*